Jennifer F. Novak (SBN 183882)
Email: novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 957-2624

Colin Kelly (SBN 266956)
Sarah Spinuzzi (SBN 305658)
Email: colin@coastkeeper.org
Email: sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, CA 92626
Phone: (714) 850-1965

*Attorneys for Plaintiffs* INLAND EMPIRE WATERKEEPER & ORANGE COUNTY COASTKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO., a California corporation,<br><br>Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**DECLARATION OF JENNIFER F. NOVAK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)**<br><br>Hearing Date: June 3, 2019<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br>Action Filed: April 20, 2018<br>Trial Date: June 9, 2019 |

# DECLARATION OF JENNIFER F. NOVAK

I, Jennifer F. Novak, declare as follows:

1. I am an attorney, licensed to practice law in all courts of the State of California and before the United States District Court for the Central District of California. I serve as lead litigation counsel for Plaintiffs Inland Empire Waterkeeper and Orange County Coastkeeper in this action and am familiar with Plaintiffs' files for this matter. I have personal knowledge of the facts in this Declaration and, if asked, could and would testify to the accuracy of these facts in a court of law.

2. Attached as Exhibit A to Plaintiffs' Request for Judicial Notice is a true and correct copy of excerpts from the National Pollutant Discharge Elimination System General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES, No. CAS-00001, Order 2014-0057-DWQ and Fact Sheet.

3. Attached as Exhibit B to Plaintiffs' Request for Judicial Notice is a true and correct copy of excerpts from the Water Quality Control Plan for the Santa Ana River Basin, adopted by the California Regional Water Quality Control Board, Santa Ana Region, Resolution 94-1.

4. Attached as Exhibit C to Plaintiffs' Request for Judicial Notice is a true and correct copy of excerpts from the National Pollutant Discharge Elimination System General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES, No. CAS-00001, Order 97-03-DWQ.

5. Attached as Exhibit D to Plaintiffs' Request for Judicial Notice is a true and correct copy of the United States Environmental Protection Agency, Industrial Stormwater Fact Sheet, Sector E: Glass, Clay, Cement, Concrete, and Gypsum Product Manufacturing Facilities.

6. Attached as Exhibit E to Plaintiffs' Request for Judicial Notice is a true and correct copy of excerpts from the United States Environmental Protection Agency Industrial Stormwater Monitoring and Sampling Guide, EPA 832-B-09-003, dated March 2009.

7. Attached as Exhibit F to Plaintiffs' Request for Judicial Notice is a true and correct copy of excerpts from January 2014 through March 2019 Records of Climatological Observations for Corona, California from the United States Department of Commerce National Oceanic & Atmospheric Administration National Environmental Satellite, Data, and Information Service.

8. Attached to this Declaration is an index of attached exhibits, included for the Court's convenience.

9. Attached as Exhibit 1 to this Declaration is a true and correct copy of Defendant Corona Clay Company's ("Defendant" or "Corona Clay") Notice of Intent submitted to the State Water Resources Control Board's Stormwater Multiple Application and Report Tracking System ("SMARTS") on July 7, 2015. The SMARTS database and attachments for Corona Clay are available at the following publicly available website:

https://smarts.waterboards.ca.gov/smarts/faces/PublicDataAccess/PublicNoiSearchResults.xhtml

10. Attached as Exhibit 2 is a true and correct copy of the Stormwater Pollution Prevention Plan ("SWPPP") for Corona Clay Recycling Plant, revised on September 4, 2017.

11. Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition transcript of Jose Arana Rodrigues, and Exhibits 9, 10, and 11 to the Deposition of Jose Rodrigues, taken in Costa Mesa, California on April 24, 2019. Mr. Rodrigues is the facility manager at Corona Clay.

12. Attached as Exhibit 4 is a true and correct copy of a May 4, 2019 printout of the SMARTS index of documents page for Defendant Corona Clay.

13. Attached as Exhibit 5 is a true and correct copy of an Exceedance Chart for pollutants at Corona Clay compiled by Plaintiff Orange County Coastkeeper based upon exhibits attached to this Declaration and provided for the Court's convenience.

14. Attached as Exhibit 6 is a true and correct copy of excerpts from a 2014 Analytical Report for Corona Clay Company, accessed on the SMARTS database at the website referenced in Paragraph 8 to this Declaration.

15. Attached as Exhibit 7 is a true and correct copy of excerpts from a 2015 Analytical Report for Corona Clay Company, accessed on the SMARTS database at the website referenced in Paragraph 8 to this Declaration.

16. Attached as Exhibit 8 is a true and correct copy of a 2016 Analytical Report for Corona Clay Company, accessed on the SMARTS database at the website referenced in Paragraph 8 to this Declaration.

17. Attached as Exhibit 9 is a true and correct copy of a January 20, 2017 Lab Report for Corona Clay Company, produced by Defendant in discovery.

18. Attached as Exhibit 10 is a true and correct copy of a February 1, 2017 Lab Report for Corona Clay Company, produced by Defendant in discovery.

19. Attached as Exhibit 11 is a true and correct copy of a January 19, 2018 Lab Report for Corona Clay Company, produced by Defendant in discovery.

20. Attached as Exhibit 12 is a true and correct copy of an April 4, 2018 Lab Report for Corona Clay Company, produced by Defendant in discovery.

21. Attached as Exhibit 13 is a true and correct copy of Notice of Violations of the General Permit for Discharges of Storm Water Associated with Industrial Activities with photographs, sent to Defendant on February 18, 2015 from

the Regional Board, accessed on the SMARTS database at the website referenced in Paragraph 8 to this Declaration.

22. Attached as Exhibit 14 is a true and correct copy of SMARTS Inspection Details and Enforcement Follow-Up for March 2, 2015 Inspection by staff of the Regional Board at Defendant's facility.

23. Attached as Exhibit 15 is a true and correct copy of Notice of Violation of the General Permit for Discharges of Storm Water Associated with Industrial Activities with Inspection photographs, sent to Defendant on September 12, 2016 from the Regional Board, accessed on the SMARTS database at the website referenced in Paragraph 8.

24. Attached as Exhibit 16 is a true and correct copy of Notice of Violations of the General Permit for Discharges of Storm Water Associated with Industrial Activities, sent to Defendant on May 3, 2017 from the Regional Board regarding a December 16, 2016 site visit to Corona Clay with supporting documents, all accessed on the SMARTS database at the website referenced in Paragraph 8: Inspection Report notes taken by Regional Board staff; December 6, 2016 SMARTS Inspection Details Report; and Photographs taken by Regional Board staff at the Facility during the December 16, 2016 site inspection).

25. Attached as Exhibit 17 is a true and correct copy of a Regional Board staff report uploaded to SMARTS regarding a May 3, 2017 Regional Board Notice of Violation, accessed on the SMARTS database at the website referenced in Paragraph 8.

26. Attached as Exhibit 18 is a true and correct copy of excerpts from the Deposition of Donald Bergh, taken on May 1, 2019 in Corona, California. Mr. Bergh was identified as a witness by Defendant in its Rule 26 Initial Disclosures and is a storm water consultant to Defendant.

27. Attached as Exhibit 19 is a true and correct copy of excerpts from the Stormwater Pollution Prevention Plan for Corona Clay Recycling Plant, prepared on June 23, 2015, accessed on the SMARTS database at the website referenced in Paragraph 8.

28. Attached as Exhibit 20 is a true and correct copy of excerpts from the Stormwater Pollution Prevention Plan for Corona Clay Recycling Plant, revised on October 24, 2016, accessed on the SMARTS database at the website referenced in Paragraph 8.

29. Attached as Exhibit 21 is a true and correct copy of SWPPP Amendment Logs, produced by Defendant in discovery in this action, accessed on the SMARTS database at the website referenced in Paragraph 8.

30. Attached as Exhibit 22 is a true and correct copy of an Exceedance Chart for pollutants at Corona Clay compiled by Plaintiffs based upon exhibits attached to this Declaration and provided for the Court's convenience.

31. Attached as Exhibit 23 is a true and correct copy of excerpts from the 2015-2016 Annual Report for Storm Water Discharges Associated with Industrial Activities for Corona Clay, accessed on the SMARTS database at the website referenced in Paragraph 8.

32. Attached as Exhibit 24 is a true and correct copy of excerpts from the 2016-2017 Annual Report for Storm Water Discharges Associated with Industrial Activities for Corona Clay.

33. Attached as Exhibit 25 is a true and correct copy of excerpts from the 2017-2018 Annual Report for Storm Water Discharges Associated with Industrial Activities for Corona Clay.

34. Attached as Exhibit 26 is a true and correct copy of excerpts from Plaintiff Inland Empire Waterkeeper's Request for Productions, Set One, served on Defendant in this action on September 11, 2018.

35. Attached as Exhibit 27 is a true and correct copy of a laboratory report issued on December 18, 2018 from Reference Laboratories for Corona Clay, produced by Defendant in discovery.

36. Attached as Exhibit 28 is a true and correct copy of a laboratory report issued on January 28, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery.

37. Attached as Exhibit 29 is a true and correct copy of a laboratory report issued on February 13, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery.

38. Attached as Exhibit 30 is a true and correct copy of a laboratory report issued on February 28, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery.

39. Attached as Exhibit 31 is a true and correct copy of a laboratory report issued on March 7, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery.

40. Attached as Exhibit 32 is a true and correct copy of the State Water Quality Control Board's October 27, 2014 confirmation of receipt of Defendant's Notice of Intent to comply with the terms of the General Permit to Discharge Stormwater Associated with Industrial Activity, produced by Defendant in discovery in this action.

41. Attached as Exhibit 33 is a true and correct copy of the October 2015 SWPPP for Corona Clay facility, accessed on the SMARTS database at the website referenced in Paragraph 8, produced by Defendant in discovery in this action.

42. As of today's date, Defendant has not uploaded any sampling results to the SMARTS page for any reporting year since the 2014-2015 reporting year. Similarly, a Public Records Act production of the Regional Board's files did not include any sampling reports from the Facility, from samples taken by Defendant,

for any reporting year since the 2014-2015 reporting year. In deposition and through discovery, Waterkeeper has learned that the Facility has been sampling throughout this time; Defendant produced the analyses to Waterkeeper in late April and early May, 2019.

43. As of today's date, Defendant has not uploaded any Level 1 or Level 2 required reports to SMARTs. Similarly, a Public Records Act production of the Regional Board's files did not include any Level 1 or Level 2-required reports.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 6 day of May, 2019, in Rancho Palos Verdes, California.

[signature]

Jennifer F. Novak, Declarant

# INDEX OF DOCUMENTS ATTACHED TO DECLARATION OF JENNIFER F. NOVAK

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Notice of Intent submitted to the State Water Resources Control Board's Stormwater Multiple Application and Report Tracking System ("SMARTS") on July 7, 2015 |
| 2 | Stormwater Pollution Prevention Plan ("SWPPP") for Corona Clay Recycling Plant, revised on September 4, 2017 |
| 3 | Excerpts from deposition transcript of Jose Arana Rodrigues, and Exhibits 9, 10, and 11 to the Deposition of Jose Rodrigues, taken on April 24, 2019 |
| 4 | May 4, 2019 printout of the SMARTS index of documents page for Defendant Corona Clay |
| 5 | Exceedance Chart for pollutants at Corona Clay |
| 6 | 2014 Analytical Report for Corona Clay Company |
| 7 | 2015 Analytical Report for Corona Clay Company |
| 8 | 2016 Analytical Report for Corona Clay Company |
| 9 | January 20, 2017 Lab Report for Corona Clay Company |
| 10 | February 1, 2017 Lab Report for Corona Clay Company |
| 11 | January 19, 2018 Lab Report for Corona Clay Company |
| 12 | April 4, 2018 Lab Report for Corona Clay Company |
| 13 | Notice of Violations of the General Permit for Discharges of Storm Water Associated with Industrial Activities with photographs, February 18, 2015 |
| 14 | SMARTS Inspection Details and Enforcement Follow-Up for March 2, 2015 Inspection by staff of the Regional Board at Defendant's facility |
| 15 | Notice of Violation of the General Permit for Discharges of Storm Water Associated with Industrial Activities with Inspection photographs, September 12, 2016 |
| 16 | Notice of Violations of the General Permit for Discharges of Storm Water Associated with Industrial Activities, May 3, 2017 from the Regional Board regarding a December 16, 2016 site visit to Corona Clay |
| 17 | Regional Board staff report uploaded to SMARTS regarding a May 3, 2017 Regional Board Notice of Violation |
| 18 | Excerpts from deposition transcript of Donald Bergh, taken on May 1, 2019 |
| 19 | Stormwater Pollution Prevention Plan for Corona Clay Recycling Plant, prepared on June 23, 2015 |
| 20 | Stormwater Pollution Prevention Plan for Corona Clay Recycling Plant, revised on October 24, 2016 |
| 21 | SWPPP Amendment Logs, produced by Defendant in discovery in this action |
| 22 | Exceedance Chart for pollutants at Corona Clay |

| | |
|---|---|
| **23** | Excerpts from the 2015-2016 Annual Report for Storm Water Discharges Associated with Industrial Activities for Corona Clay |
| **24** | Excerpts from the 2016-2017 Annual Report for Storm Water Discharges Associated with Industrial Activities for Corona Clay |
| **25** | Excerpts from the 2017-2018 Annual Report for Storm Water Discharges Associated with Industrial Activities for Corona Clay |
| **26** | Excerpts from Plaintiff Inland Empire Waterkeeper's Request for Productions, Set One, served on Defendant in this action on September 11, 2018 |
| **27** | Lab Report issued on December 18, 2018 from Reference Laboratories for Corona Clay, produced by Defendant in discovery |
| **28** | Lab Report Issued on January 28, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery |
| **29** | Lab Report issued on February 13, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery |
| **30** | Lab Report issued on February 28, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery |
| **31** | Lab Report issued on March 7, 2019 from Reference Laboratories for Corona Clay, produced by Defendant in discovery |
| **32** | State Water Quality Control Board's October 27, 2014 confirmation of receipt of Defendant's Notice of Intent to comply with the terms of the General Permit to Discharge Stormwater Associated with Industrial Activity, produced by Defendant in discovery |
| **33** | October 2015 SWPPP for Corona Clay facility |