Jennifer F. Novak, SBN 183882
novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:   (310) 693-0775
Facsimile:   (310) 957-2624

Colin Kelly, SBN 266956
Sarah Spinuzzi, SBN 305658
colin@coastkeeper.org
sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone:   (714) 850-1965
Facsimile:   (714) 850-1592

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO., a California Corporation;<br><br>Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**INLAND EMPIRE WATERKEEPER AND ORANGE COUNTY COASTKEEPER'S AMENDED WITNESS LIST**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)<br><br>Pre-Trial Conference: June 24, 2019<br>Trial Date:  July 9, 2019<br>Time: 8:30 a.m.<br>Location:  Courtroom 9D<br>Action Filed: April 20, 2018 |

**PLEASE TAKE NOTICE** that Plaintiffs Inland Empire Waterkeeper and Orange County Coastkeeper ("Waterkeeper") submit the following Amended list of proposed witnesses that may be called at the time of trial.  In its witness list submitted on June 3, 2019, Waterkeeper reserves the right to supplement and/or amend this list as the result of inadvertent error, omission, or mistake.  Waterkeeper submits the following amended list, indicating below that two witnesses (Nos. 14 & 15) who were not included in Waterkeeper's Rule 26 disclosures, may be contacted through counsel for Waterkeeper.

| No. | Name | Description of Testimony |
| --- | --- | --- |
| 1 | Ray Hiemstra | Percipient/Party Witness:<br><br>Will testify regarding Waterkeeper's investigations and findings related to Corona Clay facility |
| 2 | Garry Brown | Percipient/Party Witness:<br><br>Will testify regarding Waterkeeper's mission and membership. |
| 3 | Megan Brousseau | Percipient/Party Witness:<br><br>Will testify regarding Waterkeeper's mission and standing. |
| 4 | Custodian of Records for California Regional Water Quality Control Board, Santa Ana Region | Percipient/Party Witness:<br><br>Will testify, if needed, as to the authenticity of files and online documents maintained by the agency pertaining to Defendant. |
| 5 | Michael Roth | Percipient/Party Witness:<br><br>Will testify regarding permitting and reporting history of Defendant's facility, his inspections, documentation of his inspections, and communications with Defendant. |
| 6 | Craig Deleo | Percipient/Party Witness:<br><br>To be called to testify regarding Defendant's operations, permitting and reporting history, site conditions, and permit compliance. |
| 7 | Jose Arana | Percipient/Party Witness: |

PLAINTIFF'S AMENDED
WITNESS LIST

2

Case No. 8:18-cv-00333 DOC (DFM)

| | | |
|---|---|---|
| | | To be called to testify regarding Defendant's operations, permitting and reporting history, site conditions, and permit compliance. |
| 8 | Darlene Paquette | Percipient/Party Witness:<br><br>To be called to testify regarding Defendant's operations, permitting and reporting history, site conditions, and permit compliance. |
| 9 | Thomas Hashemi | Percipient/Party Witness:<br><br>To be called to testify regarding Defendant's storm water sampling training and program, documentation of sampling, and laboratory analysis of sampling from Defendant's facility. |
| 10 | Custodian of Records for Reference Laboratories | Percipient/Party Witness:<br><br>Will testify, if needed, as to the authenticity of documents maintained by the company pertaining to Defendant. |
| 11 | Paul Hacunda | Percipient/Party Witness and Defendant's Rebuttal Expert Witness:<br><br>To be called to testify regarding permitting, compliance, and reporting history of Defendant's facility, his inspections, documentation of his inspections, and communications with Defendant and third parties. |
| 12 | Richard Horner, PhD | Waterkeeper's Expert Witness:<br><br>To provide his opinion regarding Defendant's lack of compliance with its storm water permit and the number of Defendant's permit violations. |
| 14 | Areeba Aziz<br><br>Can be contacted through counsel for Plaintiffs | Percipient/Party Witness:<br><br>Will testify if needed regarding Waterkeeper's investigations and findings related to Corona Clay facility |
| 15 | Karla Gutierrez<br><br>Can be contacted through counsel for Plaintiffs | Percipient/Party Witness:<br><br>Will testify if needed regarding Waterkeeper's investigations and findings related to Corona Clay facility |
| 16 | Heather Williams, PhD | Percipient/Party Witness:<br><br>Will testify if needed regarding Waterkeeper's standing. |

PLAINTIFF'S AMENDED
WITNESS LIST

3

Case No. 8:18-cv-00333 DOC (DFM)

| 17 | Lee Reeder | Percipient/Party Witness: Will testify if needed regarding Waterkeeper's standing. |
|---|---|---|

Dated:         June 10, 2019         Respectfully submitted,


LAW OFFICE OF JENNIFER F. NOVAK

Jennifer. F. Novak   /s/

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Rod Pacheco (Bar No. 112432)
rpacheco@pncounsel.com
Brian Neach (Bar No. 242801)
bneach@pncounsel.com
PACHECO & NEACH P.C.
3 Park Plaza, Suite 120
Irvine, CA 92614
*Counsel for Defendant*

Colin Kelly (Bar No. 266956)
colin@coastkeeper.org
Sarah Spinuzzi (Bar No. 305658)
sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965
*Counsel for Plaintiffs*

DATED this 10th day of June, 2019.

By: /s/   Suzanne Willoughby
Suzanne Willoughby
Law Office of Jennifer F. Novak
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, CA 90275