# EXHIBIT A

EXHIBIT A

ORANGE COUNTY COASTKEEPER
Colin Kelly (Bar No. 266956)
        Email:  colin@coastkeeper.org
Sarah Spinuzzi (Bar No. 305658)
        Email: sarah@coastkeeper.org
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone:  (714) 850-1965

*Attorney for Plaintiff*
INLAND EMPIRE WATERKEEPER and ORANGE COUNTY COASTKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a program of ORANGE COUNTY COASTKEEPER; ORANGE COUNTY COASTKEEPER, a California non-profit corporation, <br><br>         Plaintiff, <br>    vs. <br><br> CORONA CLAY CO., a California Corporation; <br><br>         Defendant. | Civil Case No. 8:18-cv-00333-DOC (DFM) <br><br> [Assigned to: Judge David O. Carter] <br><br> Complaint Filed: February 27, 2018 <br> Amended Complaint Filed: April 20, 2018 <br><br> **PLAINTIFF INLAND EMPIRE WATERKEEPER'S INITIAL DISCLOSURES PURSUANT TO FCRP 26** <br><br> Trial Date: None Set |

Plaintiff's Initial Disclosures                              8:18-cv-00333-DOC (DFM)

## PRELIMINARY STATEMENT

Rules 26(a)(1)(A)(i) and 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure require the disclosure of the existence of documents and identification of individuals that the disclosing party "may use to support its claims or defenses, unless the use would be solely for impeachment." Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure requires a computation of damages claimed. Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure requires the disclosure of any relevant insurance that may be available to satisfy all or part of judgment or to reimburse or indemnify payments made to satisfy the judgment.

Accordingly, and without waiver of the attorney client privilege or any other applicable privilege or doctrine, Plaintiff Inland Empire Waterkeeper, a program of Orange County Coastkeeper (collectively "Waterkeeper") makes the following initial disclosures in the above-captioned action. These are made to the best of Waterkeeper's current knowledge and ability. Waterkeeper reserves the right to supplement these disclosures in accordance with the Federal Rules of Civil Procedure.

## I.    Federal Rule of Civil Procedure 26(a)(1)(A)(i)

Plaintiff has not yet identified all witnesses upon whom it may rely in establishing Defendant's liability, nor what additional evidence may be required as the case progresses. In addition, Plaintiff reserves the right to rely upon discoverable information related to this litigation that is in the possession of any person designated by Plaintiff in response to any Notice of Deposition pursuant to Federal Rule of Civil Procedure, rule 30(b)(6) served by Defendant. These disclosures also do not include the names of any potential experts or consultants retained by Plaintiff, which will be disclosed pursuant to Federal Rule of Civil Procedure, rule 26(a)(2). Plaintiff reserves the right to amend or supplement this disclosure, which may not include persons whose testimony is likely to be used solely for impeachment, document authentication or rebuttal.

Waterkeeper, its members, and its consultants may have knowledge of the claims and evidence in this action, including the following individuals:

Plaintiff's Initial Disclosures            6            8:18-cv-00333-DOC (DFM)

- Raymond Hiemstra
- Megan Brousseau
- Korina Rangel
- Griselda Ramirez
- Areeba Aziz

The following individuals have information specific to the issue of standing:

- Garry Brown
- Megan Brousseau

Inland Empire Waterkeeper's office is located at 6876 Indiana Avenue, Suite D, Riverside, California 92506. Waterkeeper's phone number is (951) 530-8823. Orange County Coastkeeper's office is located at 3151 Airway Avenue, Suite F-110, Costa Mesa, California 92626. Coastkeeper's phone number is (714) 850-1965. Plaintiffs' counsel will accept service of any discovery requests addressed to the above individuals and will produce these witnesses upon adequate written request, with the exception of Areeba Aziz and Griselda Ramirez, who is no longer employed by Waterkeeper. Areeba Aziz resides at 501 West 34th Street, Apartment 8, San Bernardino, CA 92405. Her phone number is (760)880-5729. Griselda Ramirez's last known address is 11741 Independence Street, Riverside, CA 92503. Her last known phone number is (909)436-7039. Waterkeeper's investigation is ongoing and additional individuals with information related to Waterkeeper's claims, including on the issue of standing, may be identified.

Information available to Waterkeeper indicates that regulatory staff may also have information relevant to the claims set forth in Waterkeeper's Complaint. Waterkeeper believes that staff at the Regional Water Quality Control Board, Santa Ana Region ("Regional Board") may have knowledge regarding Waterkeeper's claims. The Regional Board's office is located at 3737 Main Street, Suite 500, Riverside, California 92501-3348, and the main phone number is (951) 782-4130. Specific individuals at the Regional Board with information relevant to Waterkeeper's claims may be identified on documents referenced below in Section II, including, but not limited to the following:

- Michael Roth

Officers, Directors, and Employees of Corona Clay Co., may also have knowledge regarding Waterkeeper's claims. Specific Officers, Directors, and Employees of Defendant with information may be identified on documents referenced below in Section II. For example, individuals identified on monitoring reports or annual storm water reports obtained from the Regional Board may have information regarding Waterkeeper's claims. The individuals responsible for the operation, management, and oversight of the Defendant's operations may have information regarding Waterkeeper's claims, including but not limited to the following:

- Craig Deleo
- Jose Arana
- Josh Higgens

The Defendant's business is located at 22097 Knabe Road, Corona, California 92883. The phone number is (951) 277-2667.

Waterkeeper also refers Defendant to the documents identified below, which include additional names and some contact information for individuals that may have information regarding Waterkeeper's claims. Individuals named in a particular document may have information on the subjects to which that document refers.

**II.     Federal Rule of Civil Procedure 26(a)(1)(A)(ii)**

Waterkeeper is concurrently producing documents it may use to support some or all of its claims, grouped by the categories described below.

The following categories include documents Waterkeeper may use to support some or all of its claims:

1.     Permits and orders on which Defendant is a permittee or responsible party, including the 1997 and 2014 State of California's General Industrial Storm Water Permit ("Industrial Storm Water Permit").

2.     Annual Reports prepared by Defendant or agents for Defendant and submitted to the Regional Board as required by the Industrial Storm Water Permit. These

annual reports may include lab reports related to sampling conducted by Defendant or agents for Defendant of storm water discharging from its property.

3.    Documents, photographs, and videos related to the storm drain system in and around Defendant's property, the hydrological connectivity of Defendant's property to the Santa Ana River, and Defendant's storm water pollution control best management practices.

4.    Storm Water Pollution Prevention Plans, Monitoring and Reporting Plans, and Best Management Practices prepared by Defendant or agents for Defendant.

5.    Documents relating to enforcement actions and penalties against Defendant.

6.    Correspondence, including those authored by the Defendant and by local and regional regulatory agencies related to Defendant's operations and property.

7.    Documents related to Defendant's corporate status and/or structure.

The documents are attached hereto as Exhibit A on a CD-R. Documents with bates label OCCK 000515-521 have been redacted and documents with bates label OCCK 000522-528 have been withheld on the basis of attorney work product. A privilege log will be provided within 30 days pursuant to the terms of the joint report.

Waterkeeper's investigation is ongoing and additional documents and information related to Waterkeeper's claims will be produced with supplemental disclosures within a reasonable time after they are discovered.

**III.    Federal Rule of Civil Procedure 26(a)(1)(A)(iii)**

The Clean Water Act does not provide for damages in citizen suit enforcement cases. 33 U.S.C. § 1365. Plaintiff will seek injunctive relief and statutory penalties, payable to the United States Treasury, for Defendant's violations. 33 U.S.C. §§ 1319(d); 1365(a). For violations that occurred between December 29, 2013 until November 1, 2015, Defendant is subject to penalties of $37,500 per day, per violation. See 40 C.F.R. § 19.4, Table 1. For violations that have occurred, and have continued to occur, since November 2, 2015, Defendant is subject to penalties of $53,484 per day, per violation. See 40 C.F.R. § 19.4, Table 2. The number, type, and ongoing nature of these penalties

will be established through discovery and the documents identified and produced in support of Plaintiff's claims as noted above.

In addition, upon prevailing or substantially prevailing, Plaintiff will seek an award of costs of litigation, including reasonable attorney and expert witness fees. 33 U.S.C. § 1365(d). Plaintiff reserves the right to supplement this disclosure and present its evidence on this issue following any Court order, judgment, and/or verdict establishing Plaintiff as the prevailing or substantially prevailing party.

## IV.    Federal Rule of Civil Procedure 26(a)(1)(A)(iv)

Waterkeeper has no information to disclose pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv).

Dated:  August 2, 2018                    INLAND EMPIRE WATERKEEPER


                                          By:    _____/s/Sarah Spinuzzi_____
                                                 Sarah Spinuzzi
                                                 Attorney for Plaintiffs
                                                 Inland Empire Waterkeeper and Orange
                                                 County Coastkeeper