**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-0333-DOC-DFM Date: July 1, 2019

Title: INLAND EMPIRE WATERKEEPER ET AL V. CORONA CLAY COMPANY

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| | |
|---|---|
| Deborah Lewman | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

---

**PROCEEDINGS: TENTATIVE RULINGS ON MOTIONS IN LIMINE: GRANTING IN PART AND DENYING IN PART [62], DENYING [63], GRANTING [64], DENYING [66], DENYING [65], DENYING [67], DENYING [68], GRANTING [69], GRANTING [70], GRANTING [71], GRANTING [72], GRANTING [73], GRANTING [74], DENYING [75], DENYING [78], GRANTING [79]**

On June 28, 2019, the Court heard oral argument regarding the parties' motions *in limine*, and made the following rulings on motions as noted below. For the reasons discussed and with the specificity provided on the record, the Court makes the following rulings.

The Court tentatively: GRANTS IN PART AND DENIES IN PART Plaintiff's Motion to preclude argument that compliance is "impossible" (Dkt. 62), DENIES Plaintiff's Motion to preclude the argument that Defendant made good faith attempts to comply with the Permit (Dkt. 63), GRANTS Plaintiff's Motion to preclude Defendant from challenging the terms of the Permit (Dkt. 64), DENIES Plaintiff's Motion to exclude testimony from rebuttal expert Paul Hacunda that lacks factual support or has been mooted by the Court's ruling on Plaintiff's partial motion for summary judgment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 18-0333-DOC (DFMx) Date: July 1, 2019



(Dkt. 66), DENIES Plaintiff's Motion to exclude opinions by Defendant's rebuttal expert that are outside the scope of rebuttal opinion (Dkt. 65), DENIES Plaintiff's Motion to exclude argument that Defendant's violations under the Clean Water Act are moot (Dkt. 67), DENIES Plaintiff's Motion to exclude argument that Defendant's sampling was not from qualified storm events (Dkt. 68), GRANTS Plaintiff's Motion to preclude evidence of consent decrees or other settlements entered in other cases brought by Plaintiffs (Dkt. 69), GRANTS Plaintiff's Motion to preclude improper character evidence (Dkt. 70), GRANTS Plaintiff's Motion to preclude Defendant from attempting to impeach its own storm water samples (Dkt. 71), GRANTS Plaintiff's Motion to preclude Defendant form arguing that it relief on the Regional Board to tell it how to comply with its NPDES Permit as a defense to noncompliance (Dkt. 72), GRANTS Plaintiff's Motion to preclude Defendant from calling opposing counsel, Sarah Spinuzzi, as a witness, based on attorney-client privilege (Dkt. 73), and GRANTS Plaintiff's Motion to preclude Defendant from seeking testimony of witnesses with no knowledge of acts relevant to issues of proof or defendants (Dkt. 74).

The Court tentatively: DENIES Defendant's Motion to exclude untimely disclosed witnesses (Dkt. 75), DENIES Defendant's Motion to exclude an inspection conducted by Michael Roth (Exhibit 15) (Dkt. 78), and GRANTS Defendant's Motion to exclude reference to Paul Hacunda's disciplinary order (Dkt. 79).

The Court SETS a status conference in this matter for July 23, 2019.

The Clerk shall serve this minute order on the parties.

 Initials of Deputy Clerk: djl