UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

**Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.** ***(Additional instructions on next page.)***

COURT USE ONLY
DUE DATE:

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Mila Cvijovic | 2a. Contact Phone Number | 310-693-0775 | 3a. Contact E-mail Address | mila@jfnovaklaw.com |
| 1b. Attorney Name (if different) | Jennifer F. Novak | 2b. Attorney Phone Number | 310-693-0775 | 3b. Attorney E-mail Address | novak@jfnovaklaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Law Office of Jennifer F. Novak
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, CA 90275

5. Name & Role of Party Represented: Inland Empire Waterkeeper & Orange County Coastkeeper, Plaintiff

6. Case Name: Inland Empire Waterkeeper & Orange County Coastkeeper v. Corona Clay Co.

7a. District Court Case Number: 8:18-CV-00333-DOC DFM

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Deborah Parker

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal | ☐ Criminal ☒ Civil | ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*) | | | b. SELECT FORMAT(S) (*CM/ECF access included with purchase of transcript.*) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (*Provide release date of efiled transcript, or check to certify none yet on file.*) | (*One per line, but check with court reporter before choosing any type but "ordinary."*) |
| 06/28/2019 | Carter | Pretrial Conference | ◉ | ○ | ○ | ○ | ○ | ○ | ○ | 14-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 1, 2019 Signature: /s/ Jennifer F. Novak

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Rod Pacheco (Bar No. 112432)
rpacheco@pncounsel.com
Brian Neach (Bar No. 242801)
bneach@pncounsel.com
PACHECO & NEACH P.C.
3 Park Plaza, Suite 120
Irvine, CA 92614
*Counsel for Defendant*

Colin Kelly (Bar No. 266956)
colin@coastkeeper.org
Sarah Spinuzzi (Bar No. 305658)
sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965
*Counsel for Plaintiffs*

DATED this 1st day of August, 2019.

By: /s/ Jennifer F. Novak
Jennifer F. Novak
Law Office of Jennifer F. Novak
500 Silver Spur Road, suite 206
Rancho Palos Verdes, CA 90275