Jennifer F. Novak (SBN 183882)
Email: novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 957-2624

Colin Kelly (SBN 266956)
Email: colin@coastkeeper.org
Sarah Spinuzzi (SBN 305658)
Email: sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiffs*

Rod Pacheco (SBN 112432)
rpachecho@pncounsel.com
Brian Neach (SBN 242801)
bneach@pncounsel.com
Bilal Essayli (SBN 273441)
bessayli@pncounsel.com
PACHECO & NEACH P.C.
3 Park Plaza, Suite 120
Irvine, CA 92614
Telephone: (714) 462-1700
Facsimile: (714) 462-1785

*Counsel for Defendant Corona Clay
Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO.,<br><br>Defendant. | Case No. 8:18-cv-00333-DOC (DFM)<br><br>District Judge: Hon. David O. Carter<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFFS' THIRD AND FOURTH CAUSES OF ACTION**<br><br>Trial Date: October 29, 2019<br>Time: 8:30 a.m.<br>Courtroom: 9D |

# JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Inland Empire Waterkeeper and Orange County Coastkeeper ("Plaintiffs") and Defendant Corona Clay Company ("Defendant") respectfully submit the following Joint Stipulation to Dismiss Plaintiffs' Third and Fourth Causes of Action with prejudice.  The Court, and Defendant, were notified of Plaintiffs' intent to dismiss these causes of action in its Memorandum of Facts and Law.  Plaintiffs believe that Defendant will suffer no prejudice through this dismissal and, instead, both Defendant and the Court will benefit by the narrowing of issues for trial.

Plaintiffs seek to dismiss the following causes of action from the First Amended Complaint, and agree to dismiss with prejudice:

a. Plaintiffs' Third Cause of Action: "Defendant's Discharges of Contaminated Storm Water in Violation of Storm Water Permit Receiving Water Limitations and the Clean Water Act. 33 U.S.C. §§ 1311(a), 1342, 1356(a) and 1365(f)."  First Amended Complaint, ¶¶ 263-271, at pp. 38:1-39:7; and

b. Plaintiffs' Fourth Cause of Action: "Defendant's Discharges of Non-Storm Water in Violation of the Storm Water Permit and the Clean Water Act. 33 U.S.C. §§ 1311(a), 1342, 1365(a) and 1365(f)."  First Amended Complaint, ¶¶ 272-278, at pp. 39:8-40:5.

Dated:    September 10, 2019          Counsel for Plaintiffs

By: /s/ Jennifer Novak
Jennifer Novak
Colin Kelly
Sarah Spinuzzi

Dated:    September 10, 2019          Counsel for Defendant

By: /s/ Brian Neach
Brian Neach

Joint Stipulation to Dismiss
Plaintiffs' Third and Fourth COA          2          Case No.: 8:18-cv-00333-DOC (DFM)

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED:      September 10, 2019

/s/ Jennifer Novak
Jennifer F. Novak
Attorney for Plaintiffs'

Joint Stipulation to Dismiss
Plaintiffs' Third and Fourth COA          3          Case No.: 8:18-cv-00333-DOC (DFM)

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Rod Pacheco
Brian Neach
rpacheco@pncounsel.com
bneach@pncounsel.com
PACHECO & NEACH P.C.
3 Park Plaza, Suite 120
Irvine, CA 92614
*Counsel for Defendant*

Colin Kelly (Bar No. 266956)
Email: colin@coastkeeper.org
Sarah Spinuzzi (Bar No. 305658)
Email: sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965
*Counsel for Plaintiffs*

DATED this 10th day of September, 2019

/s/ Suzanne Willoughby
Suzanne Willoughby
Law Office of Jennifer F. Novak
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, CA 90275

Joint Stipulation to Dismiss
Plaintiffs' Third and Fourth COA                    4                    Case No.: 8:18-cv-00333-DOC (DFM)