# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-00333-DOC-DFM            Date: June 22, 2020

Title: INLAND EMPIRE WATERKEEPER ET AL. v. CORONA CLAY CO.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT [194]**

    Before the Court is Defendant Corona Clay Company's ("Defendant") Motion for Relief from Judgment ("Motion") (Dkt. 194), brought under Federal Rules of Civil Procedure 59(e) and 60(b). The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15. Having reviewed the moving papers, the Court DENIES Defendant's Motion.

    As Plaintiffs note in their Opposition (Dkt. 196), Plaintiffs have appealed the Court's Final Judgment (Dkt. 191) to the Ninth Circuit. Opp'n at 1. Defendant, meanwhile, challenges that same Final Judgment in the instant Motion. Therefore, in the interests of judicial economy, the Court finds that Defendant should present its objections to the Final Judgment during the appeal to the Ninth Circuit. The Court finds no reason to undertake a duplicative review of the Final Judgment, and will defer to the Ninth Circuit to conduct an efficient review of all parties' challenges to the Final Judgment.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-00333-DOC-DFM					Date: June 22, 2020

Page 2

Defendant's Motion is accordingly DENIED. The Court hereby STAYS any execution of the Final Judgment pending review by the Ninth Circuit (to the extent not already stayed by Plaintiffs' appeal).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11					Initials of Deputy Clerk: kd

CIVIL-GEN