

**FILED**
CLERK, U.S. DISTRICT COURT
11/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO., a California corporation,<br><br>Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**SPECIAL JURY VERDICT FORM**<br><br>REDACTED |

1. Did Plaintiffs prove, by a preponderance of evidence, that there was a direct discharge, or functional equivalent of direct discharge, of pollutants by Defendant Corona Clay from a point source into waters of the United States?

   Yes √   No ____

If you answered "Yes" to Question 1, continue to Question 2. If you answered "No" to Question 1, proceed to the end of this verdict form, have the Presiding Juror sign and date the verdict form in the space at the bottom of the page and notify the bailiff that you have reached a verdict.

2. Is it more likely than not that Defendant failed to implement best management practices by failing to use the best available technology/best conventional technology?

   Yes √   No ____

3. If yes, when did Defendant fail to implement best management practices that used the best available technology/best conventional technology?
   Start Date: 7/1/2015   End Date: 6/30/2022

4. Is it more likely than not that Defendant failed to develop or implement a Storm Water Pollution Prevention Plan that complied with the Permit's requirements?
Yes __✓__ No _____

5. If yes, when did Defendant fail to comply with the Permit's Storm Water Pollution Prevention Plan requirements?
Start Date: 7/1/2015 End Date: 6/30/2022

6. Is it more likely than not that Defendant failed to have its storm water samples analyzed for iron at least once?
Yes __✓__ No _____

7. If yes, how many times did Defendant fail to analyze its samples for iron?
9

8. Is it more likely than not that Defendant failed to have its storm water samples analyzed for oil and grease at least once?
Yes __✓__ No _____

9. If yes, how many times did Defendant fail to analyze its samples for oil and grease?
10

10. Is it more likely than not that Defendant failed to sample the correct number of qualifying storm events?
Yes __✓__ No _____

11. If yes, how many times did Defendant fail to sample the correct number of qualifying storm events?
    _8_

12. Is it more likely than not that Defendant failed to submit storm water laboratory reports to the SMARTS system within thirty days of receipt?
    Yes _✓_  No ___

13. If yes, how many total days was Defendant in violation of the requirement to submit laboratory reports to the SMARTS system?
    _1,958 DAYS_

14. Is it more likely than not that Defendant was required to submit a Level 1 ERA Action Plan for total suspended solids by January 1, 2018, but failed to do so until June 24, 2022?
    Yes _✓_  No ___

15. Is it more likely than not that Defendant was required to submit a Level 2 ERA Action Plan for total suspended solids by January 1, 2019, but failed to do so until June 24, 2022?
    Yes _✓_  No ___

16. Is it more likely than not that Defendant was required to submit a Level 1 ERA Action Plan for iron by January 1, 2020, but failed to do so until June 24, 2022?
    Yes _✓_  No ___

17. Is it more likely than not that Defendant was required to submit a Level 2 ERA Action Plan for total iron by January 1, 2021, but failed to do so until June 24, 2022?
Yes √   No ____

18. Is it more likely than not that Defendant failed to comply with the Annual Reporting requirements of the Permit?
Yes √   No ____

19. If yes, how many total days did Defendant fail to comply with the Annual Reporting requirements of the Permit?
    1095 DAYS

*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.*

Presiding Juror #6

Dated 11/21/2022