William Frentzen
wfrentzen@mofo.com
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-6413

Sarah Spinuzzi, SBN 305658
Lauren Chase, SBN 324162
sarah@coastkeeper.org
lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965
Facsimile: (714) 850-1592

*Attorneys for Plaintiffs*
*Additional Counsel Listed on Next Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>CORONA CLAY CO., a California corporation,<br><br>      Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**SUPPLEMENTAL DECLARATION OF SARAH J. SPINUZZI IN SUPPORT OF PLAINTIFFS' POST-TRIAL REPLY REMEDIES BRIEFING**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)<br><br>Hearing date: February 13, 2023<br>Time: 8:30 AM<br>Location: Courtroom 10A, 10th Floor<br>Action Filed: April 20, 2018 |

*Additional Counsel for Plaintiffs*

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:   (310) 693-0775
Facsimile:    (310) 627-0172

Christopher Sproul (SBN 126398)
csproul@enviroadvocates.com
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

I, Sarah J. Spinuzzi , declare as follows:

1. I am an attorney, licensed to practice law in all courts of the State of California and before the United States District Court for the Central District of California. I serve as litigation counsel for Plaintiffs, Inland Empire Waterkeeper and Orange County Coastkeeper in this action. In that capacity, I have personal knowledge of the facts set forth herein as well and, if asked, could and would testify to the accuracy of these facts in a court of law.

2. Attached hereto as Exhibit 25 is a true and correct and certified copy of selected pages of the reporter's Transcript of Proceedings of the Jury Trial held in Santa Ana, California on October 23, 2019.

3. Attached hereto as Exhibit 26 are relevant excerpts of a true and correct copy of the Environmental Protection Agency's ("EPA") Policy on Civil Penalties. Attorneys for Plaintiffs downloaded this EPA Policy on Civil Penalties from the following website: https://www.epa.gov/sites/default/files/documents/epapolicy-civilpenalties021684.pdf, on February 4, 2023.

4. Attached hereto as Exhibit 27 are relevant excerpts of a true and correct copy of "A Framework for Statute-Specific Approaches to Penalty Assessments: Implementing EPA's Policy on Civil Penalties." Attorneys for Plaintiffs downloaded this EPA Framework on Implementing Civil Penalties from the following website: https://www.epa.gov/sites/default/files/documents/penasm-civpen-mem.pdf, on February 4, 2023.

5. Attached hereto as Exhibit 28 is a Declaration from Philip Wyels, Assistant Chief Counsel at the State Water Resources Control Board ("State Water Board"), along with relevant portions of a true and correct copy of the official response prepared by the State Water Board to public comments that were submitted to the State Water Board during the final written public comment period for the 2014 National Pollutant Discharge Elimination System (NPDES) General Permit for Storm Water Discharges Associated with Industrial Activities, Order 2014-0057-DWQ, which

1 became effective on July 1, 2015 ("2014 Permit"). The public comments and the
2 response to comments attached as Exhibit 5 are part of the official administrative
3 record underlying the 2014 Permit's adoption and were part of the materials relied
4 upon by the State Water Board members when taking that action. Attorneys for
5 Plaintiffs downloaded the response to comments from the following website:
6 https://www.waterboards.ca.gov/water_issues/programs/stormwater/docs/2014drftigp_
7 resptocmmts/2014_igp_rtc.pdf, on February 6, 2023.

      6. Attached to this supplemental declaration is Exhibit 29, a true and correct copy of excerpts from the Reporter's Transcript Proceedings, Jury Trial Day 2, Volume I, Wednesday, November 9, 2022, as provided to me by Miriam V. Baird, Official U.S. District Court Reporter, CSR 11893.

      7. Attached as Exhibit 30 is a true and correct copy of excerpts from the State Water Board's *Amicus* brief filed with the Ninth Circuit Court of Appeals on September 18, 2020.

      8. Attached hereto as Exhibit 31 is a true and correct and certified copy of selected pages of the reporter's Transcript of Proceedings of the Jury Trial held in Santa Ana, California on November 14, 2022 (Day 4, Volume I).

      9. Attached hereto as Exhibit 32 is a true and correct and certified copy of selected pages of the reporter's Transcript of Proceedings of the Jury Trial held in Santa Ana, California on November 15, 2022 (Day 5, Volume I).

      10. Attached hereto as Exhibit 33 is a true and correct and certified copy of selected pages of the reporter's Transcript of Proceedings of the Jury Trial held in Santa Ana, California on November 15, 2022 (Day 5, Volume II).

      11. Attached hereto as Exhibit 34 is a true and correct and certified copy of selected pages of the reporter's Transcript of Proceedings of the Jury Trial held in Santa Ana, California on November 17, 2022 (Day 7, Volume I).

      12. Attached hereto as Exhibit 35 is a true and correct copy of a certified summary of rain data compiled by the United States Department of Commerce,

National Oceanic & Atmospheric Association, from July 1, 2002 until January 25, 2021, identified as Plaintiffs' Exhibit 171 and granted judicial notice on November 10, 2022. The pages attached here are from the same file that was attached as Exhibit 23 to the Declaration of Sarah J. Spinuzzi In Support Of Plaintiffs' Remedies Briefing (Dkt. 314) ("Opening Declaration"), submitted with Plaintiffs' opening post-trial remedies briefing. These pages were inadvertently not included in Exhibit 23 to my Opening Declaration.

13. Attached hereto as Exhibit 36 is a true and correct copy of selected pages of the deposition transcript of Cynthia Gabaldon, taken on June 23, 2022, and Exhibit 2 to her deposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of February, 2023 at Costa Mesa, California.

/s/Sarah J. Spinuzzi
Sarah J. Spinuzzi