**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO., a California corporation,<br><br>Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADVANCE REMEDIES HEARING DATE**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Hearing date: April 10, 2023<br>Time: 8:30 AM<br>Location: Courtroom 10A, 10th Floor<br>Action Filed: April 20, 2018 |

1 | The Court, having considered the Joint Stipulation regarding the remedies
2 | remedies hearing filed by Plaintiffs Inland Empire Waterkeeper, Orange County
3 | Coastkeeper (collectively, "Plaintiffs"), and Defendant Corona Clay Co. ("Corona
4 | Clay"), hereby GRANTS the Joint Stipulation and orders that:

    1.    The hearing for the remedies and injunctive relief phase of this matter currently set for April 10, 2023 shall be advanced to March 13, 2023, at 8:30 a.m.

Dated: February __, 2023

_____
Honorable David O. Carter