**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO., a California corporation,<br><br>Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**ORDER RE: REQUEST TO ADVANCE HEARING DATE [325]**<br><br>Hearing date: April 10, 2023<br>Time: 8:30 AM<br>Location: Courtroom 10A, 10th Floor<br>Action Filed: April 20, 2018 |

1     The Court, having considered the parties' Joint Stipulation to advance the
2 hearing for the remedies and injunctive relief phase of this matter, currently set for
3 April 10, 2023, hereby ADVANCES the hearing to March 22, 2023, at 8:30 a.m.

Dated: February 16, 2023

*David O. Carter*
_____
Honorable David O. Carter