# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO., a California corporation,<br><br>Defendant. | Case No.: 8:18-cv-00333 DOC-DFM<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SUPPLEMENTAL REMEDIES BRIEFING SCHEDULE**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Hearing Date: August 28, 2023<br>Time: 10:00 a.m.<br>Location: Courtroom 10A |

The Court, having considered the Joint Stipulation regarding the supplemental remedies briefing schedule filed by Plaintiffs Inland Empire Waterkeeper, Orange County Coastkeeper (collectively, "Plaintiffs"), and Defendant Corona Clay Co. ("Corona Clay"), hereby GRANTS the Joint Stipulation and orders that:

1. The deadline for Plaintiffs to file the opening supplemental brief on civil penalties and injunctive relief shall be July 10, 2023;

2. The deadline for Defendant to file the opposition brief is July 24, 2023;

3. The deadline for Plaintiffs to file the reply brief is August 7, 2023;

4. Any fee motion shall be brought by the prevailing party within 30 days of the Court's entry of final judgment;

5. All post-trial motions shall be deferred until the Court enters final judgment according to the timelines set forth in the Federal Rules of Civil Procedure and the Local Rules.

Dated: _____, 2023         _____
                                Honorable David O. Carter

[PROPOSED] ORDER GRANTING                    Case No. 8:18-cv-00333 DOC (DFM)
JOINT STIPULATION REGARDING
SUPP. REMEDIES BRIEFING SCHEDULE     2