William Frentzen (SBN 343918)
wfrentzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-6413
Facsimile: (415) 268-7522

Lauren Chase (SBN 324162)
lauren@coastkeeper.org
Barry Lee (SBN 349773)
barry@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965
Facsimile: (714) 850-1592

*Attorneys for Plaintiffs*
*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,

Plaintiffs,

v.

CORONA CLAY CO., a California corporation,

Defendant.

Case No. 8:18-cv-00333 DOC (DFM)

Hon. David O. Carter

**DECLARATION OF JAIME E. MORENO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

*Additional Counsel for Plaintiffs*

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 627-0172

Christopher Sproul (SBN 126398)
csproul@enviroadvocates.com
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

I, Jaime E. Moreno, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. I have been retained by Plaintiffs to provide an expert analysis of and opinions concerning certain questions related to the hydrology of the Temescal Wash (also frequently referred to as Temescal Creek),[1] as further discussed below.

2. I previously provided an expert opinion and prepared an expert report associated with this matter outlining professional opinions as applicable to the general and detailed specifics regarding the hydrologic features related to certain properties owned and operated by Corona Clay Co. and the downstream receiving watercourses, the Temescal Wash and the Santa Ana River. In connection with this work, I previously submitted an expert report, a rebuttal report, and testified at trial.

3. A true and correct copy of my resume is attached as Exhibit 1 to this Declaration.

4. Specifically, Plaintiffs have retained me to provide expert analysis and opinions concerning the following questions: (1), is the Temescal Wash *presently* a tributary connected to the Santa Ana River that constitutes a relatively permanent stream that conveys flow continuously to the Santa Ana River for at least a significant portion of the year, even when it is not raining (*i.e.*, is the Temescal Wash either a perennial or intermittent stream that conveys flow to the Pacific Ocean via the Santa Ana River throughout the year or at least continuously through several months of the year rather than being an ephemeral stream that only conveys flows to the Santa Ana River during or immediately after rain events and that then dries up after rainstorms)? (2), was the Temescal Wash *historically, before significant human development in the watershed altered the stream from its natural condition,* a tributary connected to the Santa Ana River that constituted a relatively

---

[1] Many maps and official documents referred to this stream as "Temescal Creek." However, the United States Geological Survey National Hydrography Dataset refers to this stream as "Temescal Wash." Given that this USGS map is the most authoritative government identification of this stream, I utilize the term Temescal Wash throughout this declaration.

permanent stream that conveyed flow continuously to the Santa Ana River for at least a significant portion of the year, even when it was not raining (*i.e.*, was the Temescal Wash either a perennial or intermittent stream that conveys flow via the Santa Ana River to the Pacific Ocean throughout the year or at least continuously through several months of the year rather than an ephemeral stream that only conveys to the Santa Ana River during or immediately after rain events and that then dries up after rainstorms)? (3), is the Santa Ana River a tributary connected to the Pacific Ocean that constitutes a relatively permanent stream or river that conveys flow continuously to the Pacific Ocean for at least a significant portion of the year, even when it is not raining (*i.e.*, is the Santa Ana River either a perennial or intermittent stream that conveys flow to the Pacific Ocean throughout the year or at least continuously through several months of the year rather than an ephemeral stream that only conveys to the Pacific Ocean flow during or immediately after rain events and that then dries up after rainstorms)? As further discussed below, following detailed consideration of relevant factual information, it is my opinion that the Temescal Wash is presently a perennial or at least intermittent stream that conveys flow to the Santa Ana River continuously through at least several months of the year. It is further my opinion that the Temescal Wash historically, before significant human development that altered the stream from its natural condition, was at least an intermittent stream that conveyed flow to the Santa Ana River continuously throughout at least several months of the year. Finally, it is my opinion that the Santa Ana River is a perennial and intermittent tributary river to the Pacific Ocean that conveys flow to the Pacific Ocean regularly throughout the year.

5. Flows in the Temescal Wash have been heavily altered by human development activity. There are several significant water diversions which are diverting the natural flow of the Temescal Wash to groundwater recharge uses in the Santa Ana River watershed. These water diversions are, of course, by themselves

have some tendency to reduce flow in Temescal Wash beneath its historic levels/patterns. On the other hand, however, there are several wastewater treatment plants which are continuously discharging very large volumes of treated wastewater to the Temescal Wash upstream of Corona Clay's location adjacent to Temescal Wash. Additionally, the ongoing urbanization of the Temescal Valley contributes another regular source of surface water discharges into the Temescal Wash. These human-made sources of flow have significantly augmented flows in Temescal Wash and offset the loss of flow in the Temescal Wash created by some of the artificial water diversions. The net effect of this human activity is plain, however: the Temescal Wash still conveys significant flow to the Santa Ana River on at least an intermittent basis, *i.e.*, continuously for a significant portion of the year and not just when it is raining or shortly after it has been raining.

6. In reaching these conclusions, I have relied upon the following authoritative sources: (1) the United States Geological Survey ("USGS"), *The National Map* and its corresponding layer containing the *National Hydrography Dataset* ("USGS National Map"), (2) Santa Ana River Watermaster for Orange County Water District v. City of Chino, et al., Case No. 117628 - County of Orange, *Fifty-First Annual Report of the Santa Ana River Watermaster for Water Year October 1, 2020 - September 30, 2021* ("Santa Ana River Watermaster Annual Report"), (3) extensive historic aerial photography provided to Plaintiffs by Lightbox Environmental Data Resources, a company specializing in preservation and production of geospatial information such as aerial photography (see https://www.lightboxre.com/about/), (4) my extensive personal professional experience regularly working in the Santa Ana River Watershed, observations in the field walking, photographing and videotaping extensive portions of the Temescal Wash on Monday, September 18, 2023, and (5) archived records of water measurements in Temescal Wash done by the Auburndale Town and Land

Company in 1888. A reasoned review of these authoritative materials and due consideration of my field observations in accord with the standards of my profession as a Registered Civil Engineer, well supports my opinions stated in paragraphs 3 and 4 above.

**<u>Analysis of the USGS National Mapping of the Temescal Wash</u>**

7. The USGS has published the USGS National Map on its Internet homepage, which can be viewed at the following URL: https://apps.nationalmap.gov/viewer/ (the reader can zoom and drag to the area of interest within the national map. The green strip near the top has a variety of features. The key ones for my opinions are (1) the Layer List, when the National Hydrography Dataset is turned on the mapping is quite specific and unambiguous as to the information presented and (2) the second is the Legend which corresponds to the area and scale of the mapping. I have downloaded a true and correct copy of relevant excerpts from the USGS National Map from the Internet and used these to create Exhibits 2 and 3 attached to this declaration as further described below.

8. The USGS consistently updates the USGS National Map to reflect the whole available inventory of applicable United States Government databases (including streamflow gauging stations) pertinent to mapping the nation's rivers and streams. The USGS National Map as pertinent to this case reflects very recent updates to its informational and relational data bases from April and July 2023 making it extremely current, reliable and authoritative.

9. Exhibit 2 attached to this declaration is my excerpted portion of the USGS National Map depicting the whole length of the Temescal Wash from its headworks at Lake Elsinore continuing downstream to its confluence with the Santa Ana River. My first page of my Exhibit 2 shows an overview of the Temescal Wash from Lake Elsinore to its confluence with the Santa Ana River and further depicts how I have broken down the USGS's mapping of the Temescal Wash into four

subsequent sheets. The Temescal Wash is formally mapped by the USGS National Map as being entirely composed of “perennial,” “intermittent” and “artificial path” stream paths, which are labeled as “flowlines” (the reaches of Temescal Wash identified as perennial or intermittent are natural bottom sections of the stream. Those marked as “artificial path” flowlines are the reaches of the stream that have been artificially altered into channelized into concrete channels or some other purposefully constructed and maintained facility). The USGS ***has not mapped any portion of the Temescal Wash from its Lake Elsinore headworks to its confluence of the Santa Ana River as “ephemeral.”*** Therefore, by USGS’s authoritative definition from a consensus of available information (including the gauging stations along the Temescal Wash); the entire length of the Temescal Wash does not solely convey flow in direct response to precipitation, is not constrained as a result of there being little or no water from springs, melting snow, or other sources, nor is its channel above the water table at all times. Instead, the Temescal Wash consists of reaches that flow either perennially, *i.e.*, at all times of the year, or at least intermittently, *i.e.*, continuously for a significant portion of the year, during the California wet season as well as receiving daily flows from the tributary wastewater treatment plants and urban runoff.

10. My conclusions in the preceding paragraph are further illustrated in four breakout sheets in my Exhibit 2, in which I enlarge and focus on several discrete reaches of the Temescal Wash starting at its confluence with the Santa Ana River and working upstream to its origin out of Lake Elsinore. These enlargements clearly depict that the USGS has mapped all of the Temescal Wash as having either intermittent or perennial flow (as noted, in some places this flow is through streambed areas that are essentially still in natural condition and in some places this flow is through concrete channels and other facilities that have been constructed to manage the Temescal Wash flows in a manner compatible with current practices and

the requirements to safeguard important existing facilities such as the Chino Municipal Airport as well as other existing urban and developing areas.). Exhibit 3 depicts many ephemeral streams flowing into the Temescal Wash. I point this out because the USGS clearly color codes these ephemeral streams in brown versus the solid blue line coding of perennial stream reaches and dashed blue line coding of intermittent stream reaches. As is plainly visible, ***no portion*** of the Temescal Wash is color-coded in brown indicative of an ephemeral stream reach.

**Analysis of the USGS National Mapping of the Santa Ana River**

11. In Exhibit 3 attached to this declaration, I have excerpted portion of the USGS National Map depicting the whole length of the Santa Ana River from its confluence with the Temescal Wash to its confluence with the Pacific Ocean. The Santa Ana River is formally mapped by the USGS National Map as being entirely composed of perennial, intermittent and artificial path flowlines. Exhibit 3 also depicts the whole length of the Temescal Wash so as to demonstrate the entirety of its connected flow path to the Pacific Ocean.

12. As depicted in Exhibit 3, the USGS National Map also identifies and actively maps many flowlines in the Santa Ana River watershed that are ephemeral. Ephemeral flowlines that are adjacent to the Santa Ana River are clearly delineated and visible as coded in brown in Exhibit 3. ***None*** of the Santa Ana River is mapped by the USGS National Map as being ephemeral. Therefore, by USGS's authoritative definition from a consensus of available information including gauging stations, the entire length of the Santa Ana River does not solely convey flow in direct response to precipitation, is not constrained as a result of there being little or no water from springs, melting snow, or other sources, nor is its channel above the water table at all times. Instead, the Santa Ana River consists of reaches that flow either perennially, *i.e.*, at all times of the year, or at least intermittently, *i.e.*, continuously for a significant portion of the year, during the California wet season as well as

receiving daily flows from the highly urbanized tributary drainage areas.

**Santa Ana River Watermaster Annual Report**

13. Litigation over water rights in the Santa Ana River watershed in the *Orange County Water District v. City of Chino, et al*., Case No. 117628 (Orange County Superior Court) culminated in a stipulated judgment in 1969 that among other things created the Santa Ana River Watermaster as a multimember commission with duties to oversee the allocation of water in the Santa Ana River watershed and prepare an authoritative annual report to the Court and the parties. The Santa Ana River Watermaster is located at the San Bernardino Valley Municipal Water District ("SBVMWD") and the Watermaster's annual reports are published on SBVMWD's website. The Santa Ana River Watermaster submitted its report for the 2020-21 Water Year to the Orange County Superior Court Clerk on April 30, 2022 (as noted, the "Santa Ana River Watermaster Annual Report.)" This Santa Ana River Watermaster Annual Report is available on the SBVMWD's Internet homepage at the following URL: https://www.sbvmwd.com/home/showpublisheddocument/9678/637872108731100000 (downloaded September 24, 2023). I have attached true and correct copies of relevant pages of this report as Exhibit 4 to this Declaration.

14. As described in the Santa Ana River Watermaster Annual Report, the stipulated judgment in the *City of Chino* case requires the Watermaster, *inter alia*, to track ***all*** of the flow from Temescal Wash (which the report calls "Temescal Creek") to Prado Dam, which is a dam on the Santa Ana River that creates the Prado Reservoir. The amount of this flow is a pertinent measurement for determining the rights and obligations of the various parties to the stipulated judgment and therefore is a legally binding determination, the accuracy of which is extremely important to the rights of various municipalities and literally thousands of parties. *See* Santa Ana River Watermaster Annual Report at 1, 30-32.

15. As described in the Santa Ana River Watermaster Annual Report, watershed flows which reach Prado Dam (which the report refers to by the shorthand "Prado") by definition have reached the Santa Ana River given that Prado Dam has been placed in the Santa Ana River to create a reservoir. The Santa Ana River Watermaster Annual Report at 1, 4. The report specifically identifies the "streams tributary to Prado" as including "Temescal Creek." *Id*. at 2. The report notes that wastewater discharges to streams in the Santa Ana River watershed are "a major contributor to Base Flow in the River." *Id*. at 10. In accord with its court-appointed duties, the Watermaster has mapped the location of wastewater plant discharges into the streams that flow into the Santa Ana River, including the Temescal Wash/Creek, and compiled data on the annual volumes of such discharges of treated wastewater. *Id*. at 10-12, Table 2 and Plate 2.

16. As depicted in Plate 2 to the Santa Ana River Watermaster Annual Report, the City of Corona has three wastewater treatment plants located along the Temescal Wash, which the Watermaster has mapped as Corona No. 1, Corona No. 2 and Corona No. 3. There are three additional wastewater treatment plant discharges to Temescal Wash: the Eastern Municipal Water District's plant ("EMWD") (via an outfall that routes flow to Temescal Wash), Elsinore Valley Municipal Water District's plant ("Elsinore Valley MWD") and Temescal Valley Wastewater Reclamation Plant ("Temescal Valley WRP").

17. Table 2 to the Santa Ana River Watermaster Annual Report identifies the EMWD, Elsinore Valley MWD and Temescal Valley WRP as wastewater treatment plant discharges to Temescal Wash that contribute flow "that have hydraulic continuity to the Santa Ana River," i.e., that add flow to Temescal Wash that flows to the Santa Ana River and makes its way into Prado Reservoir. Santa Ana River Watermaster Annual Report *Id.* at 11-12. As depicted in the Subtotal column D in Table 2 to the report and as further discussed below, every year going

back to the first year that the report has data for, the 1997-98 Water Year, these three wastewater treatment plant discharges have combined to add very large volumes of water to the Temescal Wash.

18. Table 2 to the Santa Ana River Watermaster Annual Report further quantifies the contribution of Corona's wastewater treatment plant discharges to the Temescal Wash and eventually to the Santa Ana River/Prado Reservoir. Corona's wastewater treatment plant discharge contributions are listed as the "Corona" subset in the set of columns that Table 2 collectively labels "*Wastewater discharge to the Santa Ana River between Riverside Narrows and Prado Dam.*" Corona's wastewater treatment plant discharge to the Temescal Wash and the Santa Ana River/Prado reservoir is also very large.

19. For the 24 years of data recounted in the report, the average annual amount of wastewater conveyed from the EMWD, Elsinore Valley MWD and Temescal Valley WRP to the Santa Ana River/Prado Reservoir was 6,196 acre-feet, which is over 2 billion gallons (2,019,896 gallons). Moreover, ***all*** of this flow contribution into Temescal Wash and from there into the Santa Ana River was ***not*** the function of stormwater runoff/storm driven flow into and then carried by Temescal Wash, but was instead derived from daily discharges of wastewater into the Wash, *i.e*, was in the form of extended periods of perennial flow. It would be impossible for 2 billion gallons of flow to be conveyed via Temescal Wash into the Santa Ana River without this being the product of sustained, continuous flow from the Temescal Wash into the Santa Ana River over many days out of the year.

20. As depicted in the map set forth as Plate 2 in the Santa Ana River Watermaster Annual Report, the EMWD and the Elsinore Valley MWD are well upstream of where the Corona Clay facility is located adjacent to Temescal Wash. The EMWD outfall and the Elsinore Valley MWD discharge point are located just downstream of Lake Elsinore, which is several miles upstream from the Corona

Clay facility. Moreover, the Santa Ana River Watermaster Annual Report documents the amount of flow that just each of these two wastewater plants contribute from Temescal Wash to the Santa Ana River. These amounts are quite large by themselves, without the added contribution from the Temescal Valley WRP. Indeed, the annual average contribution of flow to the Temescal Wash and eventually the Santa Ana River from the EMWD 3,248 acre-feet (1,058,848,000 gallons) and the annual average contribution of flow to the Temescal Wash and eventually the Santa Ana River from the Elsinore Valley MWD is 2,402 acre-feet (783,052,000 gallons), for a combined total of 5,650 acre-feet. Thus, these two sources alone account for a large proportion of the wastewater driven flow in the Temescal Wash that reaches the Santa Ana River. For wastewater discharges from the EMWD and Elsinore Valley MWD to flow in such large volumes into the Temescal Wash all the way from near Lake Elsinore to the Santa Ana River confluence, they would by themselves necessarily combined to create meaningful flow in the Temescal Wash for many days of the year all the way from just downstream of Lake Elsinore, past the point where Corona Clay is located along Temescal Wash, and to the Santa Ana River.

21. The Temescal Valley WRP is located on Temescal Wash downstream of the Corona Clay facility, but about 13 miles upstream of Temescal Wash's confluence with the Santa Ana River and thus adds flow to Temescal Wash for these several miles, a further basis for concluding that the reach of Temescal Wash from where the Temescal Valley WRP is located to the confluence with the Santa Ana River necessarily has meaningful flow for many days of the year.

22. Finally, Corona's wastewater plants add many thousands of acre-feet of wastewater flow to Temescal Wash that flows to the Santa Ana River-- an amount several times the combined contribution of flow to the Temescal Wash from the EMWD, Elsinore Valley MWD and Temescal Valley WRP. While these wastewater

plants are located in the lower portion of the Temescal Wash, they are still a few miles from the Temescal Wash's confluence with the Santa Ana River and thus the wastewater contribution from Corona's wastewater plants further ensures that the lower reach of Temescal Wash has continuous flow for a significant portion of the year.

23. Combining all the treated wastewater flows that the Santa Ana River Watermaster has calculated entering the Santa Ana River from wastewater plants discharging flow to Temescal Wash totals 395,952 acre-feet of water since the 1997-1998 Water Year. The annual range of such wastewater flow established by the Watermaster is between 9,818 acre-feet and 33,982 acre-feet. The corresponding mean for the 24-year period is 16,483 acre-feet (almost 5.4 billion gallons) and the median value is 14,967 acre-feet (almost 4.9 billion gallons). All of these values represent meaningfully large and important contributions and confirm the relevance of the Watermaster's use of these flows as important resources. It is also important to highlight that the production of treated wastewater at every one of the treatment facilities is a regular, around the clock, 24 hour per day, 365-day per year operation. Large volumes of treated wastewater enter the Temescal Wash every day and without exception--ensuring that the Temescal Wash flows continuously from Lake Elsinore all the way to the Santa Ana River on many days out of the year.

**<u>My Field Observations and Review of Photos Taken by Dr. Parra-Rosales</u>**

24. On September 18, 2023, I made a field visit to a portion of the Temescal Wash. I observed the Temescal Wash in six different locations in or near Corona, California: the stretches of the Temescal Wash (1) in the vicinity of the Park Canyon Road crossing (Park Canyon Road is also sometimes referred to as the Dawson Canyon Road ), (2) areas in and adjoining the Dos Lagos Golf Course, (3) around the Cajalco Street overpass bridge, (4) near Magnolia Avenue , (5) Lincoln Avenue overpass and (6) around the Auburndale Street crossing. The first of these

locations, the Park Canyon Road crossing, is just downstream of the Corona Clay facility. The remainder of these locations are well downstream of the Corona Clay facility as follows: the Dos Lagos Golf Course -- somewhat more than 1 mile downstream, (2) Cajalco Street overpass -- approximately 2 miles downstream, (3) Magnolia Avenue overpass -- approximately 3 miles downstream, (4) Lincoln Avenue overpass -- approximately 11 miles downstream and (5) Auburndale Street crossing -- approximately 12 miles downstream. I observed flowing water in the Temescal Wash at all of these locations on September 18, 2023 except for the Auburndale Street crossing. I took photographs of my observations at most of these locations.

25. During my September 18, 2023 field visit to the Park Canyon Road crossing, I could clearly observe flowing water in the Temescal Wash at this location. Attached as Exhibit 5 are true and correct copies of photos I took on September 18, 2023 of flowing water in the Temescal Wash at this location.

26. During my September 18, 2023 field visit to the Dos Lagos Golf Course, I was able to view the Temescal Wash from nine locations on the golf course along about a half mile stretch where Temescal Wash flowed adjacent to the golf course. In some of these locations, I could clearly observe flowing water in Temescal Wash. Attached as Exhibit 6 are true and correct copies of photos I took on September 18, 2023 of Temescal Wash from the Dos Lagos Golf Course that depicted this flowing water. There were some locations where vegetation was too thick to be able to see the stream bed itself from the golf course, but I was close enough to the creek to be able to hear trickling water plainly indicative of flow in the creek behind the vegetation.

27. During my September 18, 2023 field visit to the Cajalco Street overpass, I could clearly observe flowing water in the Temescal Wash at this location. Attached as Exhibit 7 are true and correct copies of photos I took on

September 18, 2023 of flowing water in the Temescal Wash at this location.

28. During my September 18, 2023 field visit near the vicinity of Magnolia, south and west along All American Way, I could clearly observe a large reservoir of retained water that is in line with the natural course of the Temescal Wash. Without this impoundment, the retained volumes of water would otherwise have naturally continued flowing in the Temescal Wash in the direction of the Santa Ana River. Attached as Exhibit 8 are true and correct copies of photos I took on September 18, 2023 of this reservoir feature at this location. Additionally, a review of the historical photographs show flow in the Temescal Wash at this same location.

29. During my September 18, 2023 field visit to the Lincoln Street overpass I could clearly observe flowing water in the Temescal Wash at this location Attached as Exhibit 9 are true and correct copies of photos I took on September 18, 2023 of flowing water in the Temescal Wash at this location.

30. My observations of flow at these locations help to corroborate my opinion that the Temescal Wash has at least intermittent flow during a significant portion of the year. Notably, mid-September is well into the Southern California dry season and flow is typically at its nearest lowest point in all Southern California streams in mid-September as there typically have been many months with no rainfall in Southern California by mid-September. There was a very unusual rain event in Southern California associated with Tropical Storm Hillary on August 20, 2023, which created rainfall of 1.79 inches at Prado Dam (and comparable amounts in other parts of the Santa Ana River watershed). However, other than this unusual event, it has been an essentially typically dry summer in the Riverside County/Orange County region known as the "Inland Empire." Accordingly, my observations of significant flow in the Temescal Wash in the approximately 10 mile area stretching from Dos Lagos Golf Course to Lincoln Avenue is evidence that this portion of the Temescal Wash has very regular flow in years that are not in drought

condition. Additionally, my observation of flow in the portion of the Temescal Wash around the Park Canyon Road crossing is evidence that this portion of Temescal Wash also has very regular flow in years that are not in drought condition and are conservatively mapped as being intermittent by the USGS.

31. My observations are consistent with the USGS's conclusions in the USGS National Map, which maps the stretch of Temescal Wash from the Dos Lagos Golf Course to past Lincoln Avenue and extending all the way to the Santa Ana River as having a mixture of perennial and intermittent flow in a mixture of natural streambed and artificially created stream course (while the USGS National Map uses the term "artificial path" for portions of the Temescal Wash rather than the terms "perennial" or "intermittent," the latter being terms reserved for stream courses that have not been artificially created, the USGS National Map makes it plain that there is perennial or at least intermittent flow through these Temescal Wash artificial path reaches). My observations are further consistent with the USGS's conclusions in the USGS National Map's mapping of the stretch of the Temescal Wash around the Park Canyon Road crossing, which the USGS National Map maps as being intermittent.

32. I note that Dr. Parra-Rosales states in his Declaration in support of defendant Corona Clay's Motion to Dismiss ("Parra Declaration") that he visited several points along the Temescal Wash on July 25, 2023 and took several photographs that he labels as his Exhibits H through Q. Notably, Dr. Parra-Rosales states in his declaration that he also observed and photographed (his Exhibits J and P) flow in the Temescal Wash at Magnolia Avenue and Lincoln Avenue overcrossing on July 25, 2023, which is mostly consistent with my September 2023 observation and further corroborates that these stretches of the Temescal Wash have regular flow given observations of flow in these stretches even during the summer dry season.

33. Dr. Parra-Rosales notes in the Parra Declaration that on July 25, 2023 he observed and photographed flow in the Temescal Wash from the following additional locations in Corona: a vantage point looking upstream towards North Joy Street and at locations next to Cota Street (his Exhibits K, L, M, N, O). He states that flow in these areas is due to "inflows from the City of Corona" and seems to want to contend that flows in the form of dry weather urban runoff (stemming from activity such as yard irrigation and car washing, etc.) do not count as "flows." But such urban dry weather storm drain runoff is indeed "water" and any literal interpretation of flow would certainly include such water. And furthermore, it is common in hydrological assessments designed to account for water quality and water quantity impacts for planning and regulatory agencies to include such flows in their analyses. Flow from urban municipal storm sewer systems, both in dry weather from irrigation runoff and other ongoing uses of water that create runoff into such systems and in the form of stormwater runoff, plainly affect both the quantity and quality of water in natural streams and thus "count" in any analysis of a stream's flow.

34. Dr. Parra-Rosales notes in the Parra Declaration that on July 25, 2023 he observed and photographed flow in the Temescal Wash at the Temescal Wash crossing under Dawson Canyon Road just downstream from the Corona Clay facility. Despite observing flow in the Temescal Wash at this point, Dr. Parra-Rosales has nonetheless mapped this stretch of Temescal Wash as ephemeral. His own observations and photographic that he attaches as Exhibit H, however, contradicts this conclusion. I further note, once again, that the USGS National Map contradicts Dr. Parra-Rosales' mapping of this stretch of Temescal Wash as ephemeral as the USGS National Map maps this area as being intermittent.

**Historic Aerial Photography Review**

35. Attached as Exhibit 10 are a series of aerial photographs assembled by

Environmental Data Resources (EDR) beginning in the year 2020 and dating back to 1931. The photos dating back to 1931 depict the Temescal Wash at a time when very little human development had occurred to alter the stream's natural course and condition. These photographs, as a collection, unambiguously document the continuous existence of the Temescal Wash and its course and alignment in response to the land use and other human activities companion with the dates of the photographs.

36. Some of the photographs clearly indicate the presence of water. In others where water may not be readily visible, the unmistakable erosion, patterning and alignment of a stream course capable of conveying significant volumes of water are clearly visible. As noted, the historic condition of Temescal Wash before substantial human development alteration of the watershed is visible in the aerial photographs taken in 1931. In this view, very obvious and distinct stream features are present.

37. In combination, these aerial photos support the conclusion that historically, the Temescal Wash has been continuously connected and flowed directly and regularly into the Santa Ana River. Such regular flow would have been necessary to create the surface features to readily identify a significant streambed in this series of aerial photographs.

**Review of Additional Historical Information concerning Significant Flow in Temescal Wash**

38. Attached as Exhibit 11 are achieved materials obtained from The Huntington Library that are records of the Auburndale Town and Land Company. These records document the measurement of water flows in Temescal Valley for the period between May 7 and August 4, 1888.

39. The work reflects an undertaking on behalf of the South Riverside Land and Water Company by S.A. Spencer and Ambrose Compton who certify the

volumetric measure of flowing water at up to seven different locations, including some being specifically called out as artesian springs. The locations listed are:

Compton Artesian Wells (2 to 3)

Compton Surface Water

Temescal Creek

Rolfe Flume

Riley Flume

Riley Surface

Riley Tunnel

40. While the record of these measurements does not include mapping of exact locations where the measurements were taken, they demonstrate that in the nineteenth century before any extensive development had happened in the Temescal Wash watershed, there was substantial water flow in the Temescal Wash and that such water flow was deemed an important commercial resource worth measuring and recording. This adds to the historic aerial photography evidence establishing that Temescal Wash had significant flow.

**Critique of Dr. Parra-Rosales Mapping and Opinions**

41. I have reviewed the Parra Declaration and the mapping and opinions that Dr. Parra-Rosales offers in this declaration. His conclusions that large stretches of Temescal Wash are ephemeral is plainly erroneous as it is directly contradicted by the USGS National Map which plainly and authoritatively distinguishes between which stream courses in the Santa Ana River watershed are ephemeral and which are perennial or intermittent. As noted above, the USGS National Map delineates certain tributaries to Temescal Wash as being ephemeral, but maps the entirety of Temescal Wash from its Lake Elsinore headwater to its confluence with the Santa Ana River as perennial or intermittent. Dr. Parra-Rosales fails to employ a reliable methodology in ignoring this USGS authoritative mapping.

42. Dr. Parra-Rosales further fails to employ a reliable methodology in ignoring the work and reporting of the Santa Ana River Watermaster which unambiguously documents that Temescal Wash has a very large volume of flow due to the daily discharge of very large volumes of treated wastewater from six different wastewater treatment plants in the watershed. As pointed out above, these wastewater treatment plants augment the remaining natural flow of Temescal Wash with an average of almost 5.4 billion gallons of treated water annually that flows from the Temescal Wash into the Santa Ana River. It would be entirely impossible for this much treated wastewater to be added from Temescal Wash into the Santa Ana River without continuous flow in Temescal Wash to the Santa Ana River over a significant portion of the year. A serious flaw in Dr. Parra-Rosales' analysis is his failure to take into account the large contribution of treated wastewater into Temescal Wash as a source of flow. I note that as discussed in the Watermaster's annual report, this wastewater is treated to tertiary levels and is monitored for water quality, which generally is of reasonable quality. This water is treated as a significant resource for various beneficial uses in accord with the stipulated judgment that the Watermaster implements. These obvious, long standing and confirmed documents of record include and account for ***all*** components of the water balances that constitute the total contribution from the Temescal Wash into the Santa Ana River. This further exposes the incomplete nature of Dr. Parra-Rosales' contention that somehow a single water balance primarily concerned with groundwater levels referenced in his Exhibit E, somehow supports his claim that the Temescal Wash is ephemeral.

43. I note that Dr. Parra-Rosales observed no flow in the Temescal Wash at the Auburndale overpass in July 2023 during his field observation. I also observed a lack of flow at this location in September 2023. However, it would be erroneous to conclude that these dry season observations established that this stretch of Temescal

Wash is ephemeral. Again, the evidence I recited above establishes that this stretch is intermittent rather than ephemeral. One, the USGS National Map maps this stretch as having intermittent flow. Two, for the Temescal Wash to contribute billions of gallons of treated wastewater flow into the Santa Ana River, there would necessarily have to be many continuous days of intermittent flow through this reach. It would be impossible for this much water to pass from Temescal Wash into the Santa Ana River if this stretch of the Temescal Wash only conveyed flow on days when it is raining or on the few days immediately after a rainstorm.

44. I have highlighted some of the primary critiques of Dr. Parra-Rosales' Declaration and do not agree with the entirety of his premise, assumptions, methodologies and conclusions. Any specifics or details from Dr. Parra-Rosales' Declaration not directly addressed or rebutted herein, should not in any manner be considered as any form of agreement or concession.

Executed on September 25, 2023 at Laguna Niguel, California.

Jaime Moreno

Jaime E. Moreno, P.E.