1  William Frentzen (SBN 343918)
2  wfrentzen@mofo.com
   Matthew Robinson (SBN 333652)
3  MRobinson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone: (415) 268-6413
6  Facsimile: (415) 268-7522
7
   Lauren Chase (SBN 324162)
8  lauren@coastkeeper.org
9  Barry Lee (SBN 349773)
   barry@coastkeeper.org
10 ORANGE COUNTY COASTKEEPER
   3151 Airway Avenue, Suite F-110
11 Costa Mesa, California 92626
12 Telephone:   (714) 850-1965

13 *Attorneys for Plaintiffs*
14 *Additional Counsel Listed on Next Page*

15
16          **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
17

18 INLAND EMPIRE WATERKEEPER, a          Case No.: 8:18-cv-00333 DOC (DFM)
19 project of Orange County Coastkeeper,
   and ORANGE COUNTY                     Hon. David O. Carter
20 COASTKEEPER, a California non-profit
21 corporation,                          **DECLARATION OF**
                                         **CHRISTOPHER SPROUL IN**
22              Plaintiffs,              **SUPPORT OF PLAINTIFFS'**
                                         **MOTION FOR ATTORNEYS'**
23                                       **FEES AND COSTS**
        v.
24                                       (Federal Water Pollution Control Act,
25 CORONA CLAY CO., a California         33 U.S.C. §§ 1251 et seq.)
   corporation,
26                                       Hearing date: December 11, 2023
               Defendant.                Time: 8:30 AM
27                                       Location: Courtroom 10A
28                                       Action Filed: February 27, 2018

1
2
3   *Additional Counsel for Plaintiffs*
4
5   Jennifer F. Novak (SBN 183882)
    novak@jfnovaklaw.com
6   LAW OFFICE OF JENNIFER F. NOVAK
    500 Silver Spur Road, Suite 206
7   Rancho Palos Verdes, California 90275
    Telephone:     (310) 693-0775
8   Facsimile:     (310) 627-0172
9
    Christopher Sproul (SBN 126398)
10  csproul@enviroadvocates.com
11  Environmental Advocates
    5135 Anza Street
12  San Francisco, California 94121
    Telephone: (415) 533-3376
13  Facsimile: (415) 358-5695
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1        I, Christopher Sproul, hereby declare:

2        1.    The facts set forth in this declaration are based on my personal

3    knowledge; if called to testify as a witness, I could and would competently testify

4    thereto under oath. As to those matters that reflect a personal opinion, they reflect

5    my personal opinion and judgment upon the matter.

6        2.    I am more than eighteen years old, am competent to testify, and have

7    personal knowledge of the matters stated in this declaration.

8        3.    I am an attorney licensed to practice law in the State of California. I am

9    the senior lawyer in Environmental Advocates, a public interest law firm, and I am

10   counsel for Plaintiffs Inland Empire Waterkeeper and Orange County Coastkeeper

11   (collectively, "Coastkeeper") in this matter.

12       4.    I make this declaration to in support of Plaintiffs' Motion for

13   Attorneys' Fees and Costs ("Motion") pursuant to 33 U.S.C. § 1365(d).

14   **I.    Christopher Sproul Biographical Information**

15       5.    I earned my Juris Doctorate from the University of California, Berkeley

16   in June 1986 and a Master of Arts degree in political science from the University of

17   California, Santa Barbara in August 1982.

18       6.    I have been a member of the California Bar since December 1986. I

19   have also been a member of the bar of the United States District Court for the

20   Central District of California since 1986, and I am a member of several other federal

21   bars, including the bars for the U.S. Supreme Court, U.S. Court of Appeals for the

22   Ninth Circuit, U.S. Court of Appeals for the District of Columbia Circuit, the U.S.

23   District Court for the Northern District of California, the U.S. District Court for the

24   Eastern District of California, the U.S. District Court for the Southern District of

25   California, the U.S. District Court for the District of Columbia, and the U.S. District

26   Court for the District of Hawaii.

27       7.    I have directed or co-directed Environmental Advocates for 21 years. I

28   have exclusively represented tribal governments, non-profit environmental

1   organizations, and individuals seeking to advance environmental protection through

2   judicial litigation and administrative advocacy under the major environmental laws,

3   including the Clean Water Act ("CWA"), Endangered Species Act ("ESA"), Clean

4   Air Act ("CAA"), Resource Conservation and Recovery Act ("RCRA"), National

5   Environmental Policy Act ("NEPA"), the Coastal Zone Management Act

6   ("CZMA"), the California Environmental Quality Act ("CEQA") and other state and

7   federal laws, including the Administrative Procedure Act ("APA"), California Code

8   of Civil Procedure sections 1094.5 and 1085, the Freedom of Information Act

9   ("FOIA"), and the California Public Records Act ("PRA"). I have brought these

10  citizen suits against various federal agencies, state agencies, businesses, and

11  municipalities.

12      8.      I currently am lead counsel or co-lead counsel in several cases in active

13  litigation and additional cases involving consent decree compliance monitoring. I

14  have also provided advice to several environmental organization clients concerning

15  the potential for several other citizen suit enforcement actions for violations of

16  various environmental laws. I have also presented public hearing testimony and

17  drafted written comments to government agencies concerning various environmental

18  regulatory decisions.

19      9.      The cases I have brought and continue to bring on behalf of my clients

20  are typically "impact litigation," *i.e.*, cases designed to have significant effect on

21  environmental law and policy and significantly advance environmental protection.

22  Numerous of these actions have resulted in court orders or judicial consent decrees

23  imposing far-reaching injunctive relief for environmental remediation and/or

24  remedies addressing agency responsibilities under the environmental laws. Cases

25  where I have served as lead counsel or as co-lead counsel have had a significant

26  impact on environmental law, as they have resulted in over 80 decisions published

27  in the Federal Reporter, Federal Supplement, LEXIS, and/or Westlaw. That many of

28  these cases have established important precedent in environmental law is further

1   reflected in the numerous subsequent citations by other decisions to the cases where

2   I served as counsel. A partial bibliography of these cases is set forth as Exhibit 4 to

3   this declaration. Many of these cases have involved issues or concerns of

4   widespread public interest and that have accordingly attracted extensive media

5   coverage in newspapers, radio, television, and/or environmental periodicals or blogs

6   and social media commentary. I have also brought actions against federal agencies

7   under the APA and writ of mandate actions against state agencies challenging

8   agency actions or inaction.

9       10.   Prior to joining Environmental Advocates, I served as an Assistant

10  Regional Counsel for the U.S. Environmental Protection Agency ("EPA") from

11  1987 until 2002. During my 15-year tenure at EPA, my primary concentration was

12  representing EPA in judicial and administrative enforcement actions brought under

13  the environmental statutes administered by EPA. The majority of these actions were

14  brought under the CWA, but I also worked on EPA enforcement actions brought

15  under RCRA, the CAA, the Safe Drinking Water Act, and the Marine Protection

16  Research and Sanctuaries Act ("MPRSA"). I also worked on several permitting

17  matters, including litigation challenges to EPA CWA NPDES permit decisions;

18  assisted in EPA reviews of state environmental programs; counseled EPA staff in

19  responding to FOIA responses; participated in work groups tasked with drafting

20  EPA regulations and proposed amendments to the CWA; and provided client

21  counseling to numerous EPA regulatory officials concerning compliance with the

22  CWA, the ESA, the CZMA, the MPRSA, and the APA.

23      11.   From 1997 to 1998, through an intergovernmental personnel agreement

24  between EPA and the State of Hawaii, I worked for the Hawaii Attorney General as

25  a staff attorney. In this role, I represented the Hawaii Department of Health in

26  several water pollution enforcement actions under the Hawaii equivalent of the

27  federal CWA, provided advice to the Department of Health concerning many

28  regulatory matters, and provided advice to the Hawaii State Legislature concerning

---

1   environmental legislation related to water pollution.

2       12.     From 2004 to 2010, I was an Adjunct Professor at Golden Gate

3   University School of Law in San Francisco where I taught a course on

4   environmental litigation.

5       13.     I also served as a law clerk to U.S. District Court Judge William J. Rea,

6   in the U.S. District Court for the Central District of California in 1986 and 1987.

7       14.     Over the course of my years practicing law, I have filed several

8   motions for attorneys' fees and costs in public-interest environmental litigation as

9   well as mediation briefs in fee negotiation matters. I have also written declarations

10  in support of attorney fee motions filed by other attorneys in cases in which I was

11  not counsel of record myself. As the managing attorney at Environmental

12  Advocates, I am also in charge of setting attorney fee hourly rates for myself and for

13  the more junior attorneys in the firm and have done so for years in numerous state

14  and federal courts. In carrying out these tasks, I have performed extensive reviews

15  of fee awards in cases involving a wide variety of complex civil litigation in the

16  U.S. District Court for the Central District of California as well as other market data.

17  **II.     Tasks Performed and Hours Incurred in this Case**

18      15.     I was retained by Coastkeeper to serve as lead counsel in the appeal of

19  the District Court's 2019 Judgment in this case to the U.S. Court of Appeals for the

20  Ninth Circuit. Coastkeeper staff attorney Colin Kelly expressed to me that

21  Coastkeeper wanted experienced appellate counsel to handle this important appeal. I

22  served as Coastkeeper's lead counsel for the appeal, with primary responsibility to

23  fashion appellate strategy, identify pertinent parts of the trial record to include in

24  Coastkeeper's Excerpts of Record served on the Ninth Circuit, drafting multiple

25  Court of Appeals briefs, and present oral argument to the Ninth Circuit. Briefing the

26  Ninth Circuit appeal required many hours from Environmental Advocates' counsel

27  to review the extensive trial court record and draft (successful) appellate motions

28  and multiple briefs on the cross-appeals. After the Ninth Circuit effectively ruled for

Coastkeeper on the appeal, Defendant filed a writ of certiorari to the U.S. Supreme Court. I was lead counsel with regard to preparing the extensive response/opposition to this writ, and the writ was eventually denied. A true and correct copy of this denial is attached as Exhibit 6. Denial of this writ brought the case back to the District Court, where I continued on as co-counsel for the litigation team to aid in various aspects of the remanded trial action. I assisted in the drafting of Coastkeeper's memorandum of facts and law, trial brief, and recommended jury instructions and jury verdict form. I also advised on litigation strategy for the jury trial. I helped formulate Coastkeeper's strategy for requesting remedies following the jury verdict in its favor and helped to draft Coastkeeper's briefing for the post jury trial/verdict remedies phase.

16.     Given my extensive experience with attorney fee and cost motions and public interest litigation, Coastkeeper and the litigation team has also assigned me to be the lead counsel for purposes of attorney fee and costs briefing and argument. I have been the primary author of Coastkeeper's motion for attorneys' fees and costs and I have further directed the team in performing very extensive billing judgment reductions of our claimed attorney time and in preparing the numerous declarations and exhibits to be included with our fees motion.

17.     Attached as Exhibit 2 is a true and correct copy of my chronological time records that I personally and contemporaneously have kept using computer timekeeping software and amended for clarity documenting the hours I worked on these matters for which I am seeking to recover an attorney's fee award, my hourly rate for that time, and the resulting lodestar. Exhibit 2 includes time up through November 26, 2023. Coastkeeper is requesting recovery for some of my time at a reduced paralegal rate, including for some time that would plainly be properly billed at attorney rates in order to keep the total fee request in this matter down.

18.     In exercising sound billing judgment and counseling my co-counsel concerning their exercise billing judgment, I carefully reviewed my time sheets and

1    a significant portion of my co-counsel's time records and cut from my requested

2    recoveries excessive, redundant, and otherwise unnecessary or unsuccessful time. I

3    have particularly advised my co-counsel to cut from their requested lodestars time

4    spent educating new trial counsel from Morrison & Foerster brought in for the

5    second trial concerning facts of the case and status of proceedings that existing

6    counsel were already well familiar with to address contentions that might otherwise

7    be made that billing was for redundant work. I also advised that some billing

8    judgment reductions should be made for some of the time when multiple attorneys

9    were conferring internally over litigation tasks and strategy, again to address

10   potential contentions that billing was for redundant work. My Exhibit 2 identifies in

11   a separate column these hourly billing judgment reductions and accompanying

12   lodestar reductions.

13         19.    In addition to my work, the more junior attorneys at Environmental

14   Advocates, Brian Orion, Stuart Wilcox, and Marla Fox, engaged in numerous

15   activities to advance this litigation, as explained in their declarations in support of

16   this Motion. The hours they have spent on this matter (along with the hours that all

17   Coastkeeper's lawyers and paralegals have spent on this matter) are documented in

18   the attached comprehensive time records exhibit, Exhibit 3. Exhibit 3 also includes

19   hourly rates for Mr. Orion, Mr. Wilcox, and Ms. Fox along with all other

20   Coastkeeper lawyers and paralegals. The individual declarations submitted by Mr.

21   Orion, Mr. Wilcox, and Ms. Fox in support of this Motion also include

22   authentication of their individual time records.

23         20.    In order to reduce the cost of this action, I supervised Mr. Orion, Mr.

24   Wilcox, and Ms. Fox in their actions related to this matter, which included legal

25   research, factual analysis, and assistance with the drafting of Court filings and other

26   documents. Plaintiffs are requesting recovery for some of the time incurred by Mr.

27   Orion, Mr. Wilcox, and Ms. Fox at a reduced paralegal rate. Plaintiffs request only

28   this reduced rate for certain of Mr. Orion, Mr. Wilcox, and Ms. Fox's time to further

1  reduce the fee request in this matter, even though some of this time would be

2  properly billed at attorney rates.

3      21.   It was cost-effective and necessary to have Mr. Orion, Mr. Wilcox, and

4  Ms. Fox carry out the tasks that they did and for me to adopt the role of senior

5  counsel and expert with regard to this matter, providing guidance and direction and

6  revising the work prepared by these attorneys. I was too occupied by other work in

7  this case and in other cases to perform the work done by these attorneys and, in any

8  case, they bill at substantially lower rates than I do, so it was cost-effective to

9  delegate tasks to them.

10      22.   I closely supervised and directed the work carried out by Mr. Orion,

11  Mr. Wilcox, and Ms. Fox to ensure their productivity and to avoid duplication to the

12  maximum extent feasible. Additionally, to prepare this Declaration and its exhibits, I

13  have carefully reviewed Environmental Advocates' time records to ensure proper

14  billing.

15  **III.   Christopher Sproul's Reasonable 2023 Hourly Rate For Attorney Work**

16      23.   I have 37 years of experience as of the time this Motion is filed. As

17  discussed above, I have extensive experience in environmental litigation, which has

18  earned me a strong reputation for citizen suit expertise. I have set my 2023 hourly

19  rate at $995 per hour for the Los Angeles/Orange County area legal market. This

20  rate is commensurate with, even lower than, many rates found reasonable in Central

21  District of California attorneys' fee award decisions for attorneys with my level of

22  skill, years of experience, and reputation working on cases involving complex civil

23  litigation. In setting my hourly rate, I have reviewed market data and attorney fee

24  awards in cases decided over the past several years involving various types of

25  complex civil litigation in the U.S. District Court for the Central District of

26  California, which are described below.

27      24.   In the chart below, I have set forth the rates that the Court found

28  reasonable in the representative Central District of California cases that I have relied

---

DECLARATION OF CHRISTOPHER SPROUL          9          Case No. 8:18-cv-00333 DOC (DFM)

on as support for my hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (assuming a very modest inflation rate of 3%. This is a very conservative inflation assumption; available data suggests that inflation in the legal market has certainly equaled and likely well exceeded 3% in recent years. It is common knowledge that in recent years inflation has increased at records rates, well above 3%). The average of these historical rates is $973.91 per hour, before correcting for inflation. Notably, only one of the attorneys in the below examples was more senior than me, and the remaining attorneys were all equally experienced (one attorney) or more junior, some by as much as 12 years. Indeed, three of the awards below are rates previously found reasonable for me in this Court for previous years/experience levels, indicating that this is a conservative data set to represent my rate. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $1,052.03 per hour. The conservative inflation adjusted average is notably well above my rate of $995 per hour by $57.03 per hour. Furthermore, as shown in the chart below, my $995 per hour rate is only $16.50 over the inflation-adjusted rate I was awarded twice last year in this Court as a Los Angeles/Orange County rate in *Los Angeles Waterkeeper v. American Reclamation, et al.,* 21-1140, Dkts. 45, 66 (C.D. Cal. April 15, 2022) and only $17.01 over the inflation-adjusted rate I was awarded 3 years ago by the Ninth Circuit as a Los Angeles/Orange County rate in *Wishtoyo Found. v. United Water Conservation Dist.,* No. 19-55380, Dkt. 65 at 8 (9th Cir. Nov. 16, 2020). That my rate is consistent with these rates that have already been found reasonable for my work, and that I have already been awarded for work in the Los Angeles/Orange County area, is further evidence of the reasonableness of my rate.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Diana Torres (29 Years) | $1,116.00 | 2021 | $1,183.96 | *Aecom Energy & Constr., Inc. v. Topolewski,* No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Debra Tauger (31 years) | $875.00 | 2020 | $956.14 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| James M. Finberg (37 years) | $980.00 | 2020 | $1,070.87 | *Fan v. Delta Air Lines,* No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Peter Schey (35 years) | $950.00 | 2019 | $1,069.23 | *Flores v. Barr,* No. 85-4544, 2019 U.S. Dist. LEXIS 221981 (C.D. Cal. Nov. 12, 2019) |

| | | | | |
|---|---|---|---|---|
| Dale K. Galipo (33 years) | $1,100.00 | 2022 | $1,133.00 | *French v. City of L.A.,* No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Larry Jones (40 years) | $915.00 | 2019 | $1,029.84 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Chris Sproul (36 years) | $950.00 | 2022 | $978.50 | *Los Angeles Waterkeeper v. American Reclamation, et al.,* 21-1140, Dkts. 45, 66 (C.D. Cal. April 15, 2022) |
| Various (25+ years) | $1060.00 | 2020 | $1,158.29 | *Marshall v. Northrop Grumman Corp.*, No. 16-6794, 2020 U.S. Dist. LEXIS 177056 (C.D. Cal. Sep. 18, 2020) |
| Sharon D. Mayo (30 years) | $895.50 | 2020 | $978.54 | *Wb Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |

| | | | | |
|---|---|---|---|---|
| Sharon D. Mayo (31 years) | $976.50 | 2021 | $1,035.97 | *Wb Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |
| Christopher Sproul (34 years) | $895.00 | 2020 | $977.99 | *Wishtoyo Found. v. United Water Conservation Dist.,* No. 19-55380, Dkt. 65 (9th Cir. Nov. 16, 2020) |

25.    The 15 additional data points in the chart below further support the reasonableness of my rate of $995 per hour. The attorneys in these cases all had between 9 and 24 years *less* experience than me, and the Courts found that rates exceeding my rate of $995 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding my rate, even without correcting for inflation at all, reasonable for attorneys with as many as 17 years less experience, in other words just over half as much experience, as me.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| Matthew J. Matern (28 years) | $950.00 | 2020 | $1,038.09 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Felicia Medina (14 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Charles Field (23 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| David Sanford (23 years) | $1,200.00 | 2020 | $1,311.27 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Kevin Sharp (27 years) | $1,000.00 | 2020 | $1,092.73 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Matthew J. Matern (28 years) | $950.00 | 2020 | $1,038.09 | *Fan v. Delta Air Lines,* No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Heather Banuelos (22 years) | $1,000.00 | 2022 | $1,030.00 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 49151 (C.D. Cal. Mar. 14, 2022) |
| Anne Voigts (20 years) | $1,005.00 | 2022 | $1,035.15 | *Hope Med. Enters. v. Fagrron Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Various (15-24 years) | $950.00 | 2020 | $1,038.09 | *Marshall v. Northrop Grumman Corp.*, No. 16-6794, 2020 U.S. Dist. LEXIS 177056 (C.D. Cal. Sep. 18, 2020) |
| Edward Moss (13 years) | $925.00 | 2018 | $1,072.33 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Edward Moss (14 years) | $975.00 | 2018 | $1,130.29 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley,* No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
|---|---|---|---|---|
| Benjamin Razi (20 years) | $1,130.00 | 2020 | $1,234.78 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley,* No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Benjamin Razi (21 years) | $1,170.00 | 2021 | $1,241.25 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley,* No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Kristin A. Linsley (28 years) | $1,150.00 | 2021 | $1,220.04 | *Woodhouse v. United States Gov't,* No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |

26.     Furthermore, I have reviewed the rates that my co-counsel in this matter at Morrison & Foerster LLP charge and are paid by paying clients in the Central District of California and note that their rates are well above my rate, even for attorneys with much less experience than me--as documented by the accompanying declaration of William Frentzen, my co-counsel in this case who has

10 years less experience than me and is charging $1500 per hour as a 2023 market rate. This is further support for the reasonableness of my rate, and indeed of a potentially much higher rate, for my work. *See, e.g., Welch v. Metro. Life Ins. Co.*, 480 F.3d 942, 946 (9th Cir. 2007) ("billing rates should be established by reference to the fees that private attorneys of an ability and reputation comparable to that of prevailing counsel charge their paying clients for legal work of similar complexity.") (citations and internal punctuation omitted). Also, given that this applies across the board to attorneys of all experience levels addressed in this Declaration, the rates charged and paid by paying clients in the Central District of California to co-counsel at Morrison & Foerster LLP support the reasonableness of the other attorneys' hourly rates addressed in this Declaration as well. *See id.*

## IV.   Brian Orion's Reasonable 2023 Hourly Rate For Attorney Work.

27.    Brian Orion has 18 years of experience as of the time this Motion is filed. I have worked closely with Mr. Orion in a supervisory relationship since 2008. Based on my years of experience working with him, I am well aware that his work is of excellent quality and he has extensive expertise in environmental citizen suit litigation—as is further reflected in his declaration in support of this Motion. I am further aware from talking with colleagues that Mr. Orion enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. As his supervisor, I have set Mr. Orion's hourly rate at $855 per hour as an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of his level of skill, years of experience, and reputation for environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with his level of skill, experience, and reputation working on cases involving complex civil litigation. In evaluating these hourly rates, I have reviewed market data and attorney fee awards in cases decided over the past several

years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

28.    In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that I have relied on as support for Mr. Orion's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $882.11 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $958.33 per hour. These figures are notably well above Ms. Orion's rate of $855 per hour ($27.11 over for the unadjusted figure and $103.33 over for the adjusted figure). Given that his $855 per hour rate is below these figures, his rate is not only reasonable, it is in my opinion even markedly less than the prevailing market rate in 2023 for an attorney of his experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
| --- | --- | --- | --- | --- |
| Jesus E. Cuza (20 years) | $845.00 | 2020 | $923.85 | *125916 Ont. Ltd. v. Kagan*, No. 20-02630, 2020 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 227111 (C.D. Cal. Nov. 16, 2020) |
| Michael Kahn (16 years) | $790.00 | 2018 | $915.83 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |
| Andrew Sokolowski (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Launa Adolf (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Max Sloves (19 years) | $675.00 | 2020 | $737.59 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Michael Palmer (15 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

| | | | | |
|---|---|---|---|---|
| Andrew Melzer (16 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Launa Adolph (15 years) | $750.00 | 2018 | $808.55 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Eileen Goldsmith (20 years) | $860.00 | 2020 | $923.35 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| John Fattahi (15 years) | $785.00 | 2022 | $869.46 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Anne Voigts (20 years) | $1,005.00 | 2022 | $1,035.15 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |

| Lisa Dwyer (21 years) | $1,040.00 | 2022 | $1,071.20 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
|---|---|---|---|---|
| Stanislav Karas (17 years) | $775.00 | 2019 | $872.27 | *Jiangchen v. Rentech, Inc.*, No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Corey D. Holzer (21 years) | $795.00 | 2019 | $894.78 | *Jiangchen v. Rentech, Inc.*, No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Various (15-24 years) | $950.00 | 2020 | $1,038.09 | *Marshall v. Northrop Grumman Corp.*, No. 16-6794, 2020 U.S. Dist. LEXIS 177056 (C.D. Cal. Sep. 18, 2020) |
| Ryan Weinstein (15 years) | $875.00 | 2020 | $956.14 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

| | | | | |
|---|---|---|---|---|
| Ryan Weinstein (16 years) | $915.00 | 2021 | $970.72 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Benjamin Razi (20 years) | $1,130.00 | 2020 | $1,234.78 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Benjamin Razi (21 years) | $1,170.00 | 2021 | $1,241.25 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

29.    The 14 additional data points in the chart below further support the reasonableness of Mr. Orion's rate of $855 per hour. The attorneys in these cases had between 4 and 15 years *less* experience than Mr. Orion, and the Courts found that rates exceeding his rate of $855 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Mr. Orion's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 13 years less experience.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
| --- | --- | --- | --- | --- |
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

| | | | | |
|---|---|---|---|---|
| Felicia Gilbert (9 years) | $800.00 | 2020 | $874.18 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Eric Brown (12 years) | $825.00 | 2020 | $901.50 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Andrew Soukup (12 years) | $935.00 | 2020 | $1,021.70 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |

| Andrew Ditchfield (13 years) | $872.00 | 2020 | $952.86 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
|---|---|---|---|---|
| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXI 93147 (C.D. Cal. Mar. 16, 2021) |
| Felicia Medina (14 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Edward Moss (14 years) | $975.00 | 2018 | $1,130.29 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

## V.     Jason Flanders' Reasonable 2023 Hourly Rate For Attorney Work.

30.     Jason Flanders has 18 years of experience as of the time this Motion is filed, the same amount of experience as Mr. Orion, discussed above. I have worked closely with Mr. Flanders as co-counsel on numerous matters for over a decade. Based on my years of experience working with him, I am well aware that his work is of excellent quality and he has extensive expertise in environmental citizen suit litigation—as is further reflected in his declaration in support of this Motion. I am

further aware from talking with colleagues that Mr. Flanders enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. I am aware that Mr. Flanders' firm Aqua Terra Aeris Law Group has set his 2023 rate for the Los Angeles/Orange County area legal market at $855 per hour. As with Mr. Orion, who has the same amount of experience, it is my opinion that Mr. Flanders' hourly rate of $855 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of his level of skill, years of experience, and reputation for environmental law expertise. As discussed above with regard to Mr. Orion, this rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with his level of skill, experience, and reputation working on cases involving complex civil litigation. In evaluating these hourly rates, I have reviewed the same market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the Central District of California that I reviewed in setting Mr. Orion's rate. These data points provide the same support for Mr. Flanders' rate as they do for Mr. Orion's rate, and I incorporate that analysis and the case citations in support here rather than restating them.

**VI.    Stuart Wilcox's Reasonable 2023 Hourly Rate For Attorney Work.**

31.    Stuart Wilcox has 11 years of experience as of the time this Motion is filed. I have worked closely with Mr. Wilcox in a supervisory relationship for a total of over 4.5 years, starting in March 2019. Based on my years of experience working with him, I am well aware that his work is of excellent quality and he has extensive expertise in environmental citizen suit litigation—as is further reflected in his declaration in support of this Motion. I am further aware from talking with colleagues that Mr. Wilcox enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. As his supervisor, I have set Mr. Wilcox's hourly rate at $775 per hour as an appropriate

2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of his level of skill, years of experience, and reputation for environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with his level of skill, experience, and reputation working on cases involving complex civil litigation. In evaluating his hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

32.    In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that I have relied on as support for Mr. Wilcox's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $741.85 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $809.86 per hour. Mr. Wilcox's rate of $775 per hour is approximately right between these two figures ($33.15 above the unadjusted figure and $34.86 below the conservatively adjusted figure). Given the relationship of Mr. Wilcox's rate of $775 per hour to these figures, it is in my opinion that his rate represents a reasonable, well supported (even conservative) prevailing market rate in 2023 for an attorney of his experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% | Case Citation |
|---|---|---|---|---|

| **Requesting Rate** | | | **per year) to 2023** | |
|---|---|---|---|---|
| Rebecca J. Canamero (10 Years) | $625.00 | 2020 | $682.95 | *125916 Ont. Ltd. v. Kagan*, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Robert Barton (11 years) | $775.00 | 2020 | $846.86 | *125916 Ont. Ltd. v. Kagan*, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Dylan Price (11 years) | $685.00 | 2019 | $770.97 | *Abbas v. Vertical Entm't, LLC,* No. 18-7399, 2019 U.S. Dist. LEXIS 181056 (C.D. Cal. Oct. 18, 2019) |
| Tagore O. Subramaniam (9 years) | $675.00 | 2020 | $737.59 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Dalia Khalili (13 years) | $775.00 | 2020 | $846.86 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |

| | | | | |
|---|---|---|---|---|
| Felicia Gilbert (9 years) | $800.00 | 2020 | $874.18 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Xinying Valerian (13 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Matthew W. Gordon (11 years) | $725.00 | 2020 | $792.23 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Eric Brown (12 years) | $825.00 | 2020 | $901.50 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Eric Valenzuela (9 years) | $700.00 | 2022 | $721.00 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Renee V. Masongsong (10 Years) | $600.00 | 2022 | $618.00 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |

| | | | | |
|---|---|---|---|---|
| Robert Prongay (9 years) | $750.00 | 2019 | $844.13 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Marshall P. Dees (13 years) | $675.00 | 2019 | $759.72 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Rachel E. Kaufman (10 Years) | $730.00 | 2021 | $774.46 | *Judson v. Goldco Direct, LLC*, No. 19-6798, 2021 U.S. Dist. LEXIS 258173 (C.D. Cal. June 11, 2021) |
| Avi R. Kaufman (11 years) | $800.00 | 2021 | $848.72 | *Judson v. Goldco Direct, LLC*, No. 19-6798, 2021 U.S. Dist. LEXIS 258173 (C.D. Cal. June 11, 2021) |
| Stefan Coleman (13 years) | $730.00 | 2021 | $774.46 | *Judson v. Goldco Direct, LLC*, No. 19-6798, 2021 U.S. Dist. LEXIS 258173 (C.D. Cal. June 11, 2021) |
| Andrew Ditchfield (13 years) | $872.00 | 2020 | $952.86 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
| Stuart Wilcox (10 Years) | $675.00 | 2022 | $695.25 | *Los Angeles Waterkeeper v. American Reclamation, et al.*, 21- |

| | | | | |
|---|---|---|---|---|
| | | | | 1140, Dkt. 45 (C.D. Cal. April 15, 2022) |
| Andrew Soukup (12 years) | $935.00 | 2020 | $1,021.70 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Amie Medley (9 years) | $607.50 | 2018 | $704.26 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 |

| | | | | (C.D. Cal. Nov. 20, 2020) |
|---|---|---|---|---|
| Jason Weiner (12 years) | $640.00 | 2020 | $699.35 | *Wishtoyo Found. v. United Water Conservation Dist.,* No. 19-55380 (9th Cir. Nov. 16, 2020) |

33. The 9 additional data points in the chart below further support the reasonableness of Mr. Wilcox's rate of $775 per hour. The attorneys in these cases had between 4 and 8 years less experience than Mr. Wilcox, and the Courts found that rates exceeding his rate of $775 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Mr. Wilcox's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 6 years less experience (*i.e.* less than half as much experience).

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |

| | | | | |
|---|---|---|---|---|
| Danielle Fuschetti (7 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.*, No. 19-00909-JLS-DFM, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909-JLS-DFM, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Evan Woolley (7 years) | $710.00 | 2019 | $799.11 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Nora Kahn (4 years) | $720.00 | 2018 | $834.68 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Steven Winkelman (5 years) | $715.00 | 2020 | $781.30 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. |

| | | | | LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
|---|---|---|---|---|
| Kathryn Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Kathryn W. Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |

## VII.   Marla Fox's Reasonable 2023 Hourly Rate For Attorney Work.

34.    Marla Fox has 11 years of experience as of the time this Motion is filed, the same amount of experience as Mr. Wilcox, discussed above. I have worked closely with Ms. Fox in a supervisory relationship for about a year and a half. Based on my experience working with her, I am well aware that her work is of excellent quality and she has extensive expertise in environmental citizen suit litigation—as is further reflected in her declaration in support of this Motion. I am further aware from talking with colleagues that Ms. Fox enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. As her supervisor, I have set Ms. Fox's hourly rate at $775 per hour as an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of her level of skill, years of experience, and reputation for environmental law expertise. As with Mr. Wilcox, who has the same amount of experience, it is my opinion that Ms. Fox's hourly rate of $775 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of her level of skill, years of experience, and reputation for

1    environmental law expertise. As discussed above with regard to Mr. Wilcox, this

2    rate is commensurate with, even lower than, rates found reasonable in Central

3    District of California attorneys' fee award decisions for attorneys with her level of

4    skill, experience, and reputation working on cases involving complex civil litigation.

5    In evaluating this hourly rate, I have reviewed the same market data and attorney fee

6    awards in cases decided over the past several years involving various types of

7    complex civil litigation in the U.S. District Court for the Central District of

8    California that I reviewed in setting Mr. Wilcox's rate. These data points provide the

9    same support for Ms. Fox's rate as they do for Mr. Wilcox's rate, and I incorporate

10   that analysis and the case citations in support here rather than restating them.

11   **VIII.  Fredric Evenson's Reasonable 2023 Hourly Rate For Attorney Work.**

12        35.    Fredric Evenson has 25 years of experience as of the time this Motion

13   is filed. I have worked closely with Mr. Evenson as co-counsel on numerous matters

14   regularly for almost two decades. Based on my years of experience working with

15   him, I am well aware that his work is of excellent quality and he has extensive

16   expertise in environmental citizen suit litigation—as is further reflected in his

17   declaration in support of this Motion. I am further aware from talking with

18   colleagues that Mr. Evenson enjoys a reputation for environmental citizen suit

19   expertise, as reflected in numerous successful citizen suit case outcomes. I am aware

20   that Mr. Evenson has set his 2023 rate for the Los Angeles/Orange County area

21   legal market at $910 per hour. It is my opinion that Mr. Evenson's hourly rate of

22   $910 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange

23   County area legal market for an attorney of his level of skill, years of experience,

24   and reputation for environmental law expertise. This rate is commensurate with,

25   even lower than, rates found reasonable in Central District of California attorneys'

26   fee award decisions for attorneys with his level of skill, experience, and reputation

27   working on cases involving complex civil litigation. In evaluating his hourly rate, I

28   have reviewed market data and attorney fee awards in cases decided over the past

several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

36.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Mr. Evenson's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $948.98 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $1,041.87 per hour. These figures are notably well above Ms. Evenson's rate of $910 per hour. Given that Mr. Evensons' $910 per hour rate is below these figures, his rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney of his experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| James Chadwick (28 years) | $775.00 | 2019 | $872.27 | *Abbas v. Vertical Entm't, LLC,* No. 18-7399, 2019 U.S. Dist. LEXIS 181056 (C.D. Cal. Oct. 18, 2019) |

| Diana Torres (26 years) | $892.00 | 2018 | $1034.07 | *Aecom Energy & Constr. v. Ripley,* No. 17-5398, 2018 U.S. Dist. LEXIS 173810 (C.D. Cal. Oct. 9, 2018) |
|---|---|---|---|---|
| Mikael Stahle (24 years) | $875.00 | 2020 | $956.14 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Scott Brooks (28 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Matthew J. Matern (28 years) | $950.00 | 2020 | $1038.09 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Charles Field (23 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

| | | | | |
|---|---|---|---|---|
| David Sanford (23 years) | $1,200.00 | 2020 | $1,311.27 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Kevin Sharp (27 years) | $1,000.00 | 2020 | $1,092.73 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Matthew J Matern (26 years) | $850.00 | 2018 | $985.38 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Matthew J. Matern (28 years) | $950.00 | 2020 | $1,038.09 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Scott A. Brooks (28 years) | $850.00 | 2020 | $928.82 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Heather Banuelos (22 years) | $1,000.00 | 2022 | $1,030.00 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19- |

| | | | | 07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
|---|---|---|---|---|
| Aaron Craig (23 years) | $1,100.00 | 2022 | $1,133.00 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Joseph N. Akrotirianakis (24 years) | $1,120.00 | 2022 | $1,153.60 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Jeffrey Bucholtz (26 years) | $1,295.00 | 2022 | $1,333.85 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Ex Kano Sams (22 years) | $850.00 | 2019 | $956.68 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |

| Joseph Cohen (28 years) | $935.00 | 2019 | $1,052.35 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
|---|---|---|---|---|
| Various (25+ years) | $1,060.00 | 2020 | $1,158.29 | *Marshall v. Northrop Grumman Corp.,* No. 16-6794, 2020 U.S. Dist. LEXIS 177056 (C.D. Cal. Sep. 18, 2020) |
| Sharon D. Mayo (26 years) | $742.50 | 2016 | $913.18 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Sharon D. Mayo (27 years) | $778.50 | 2017 | $929.57 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Sharon D. Mayo (28 years) | $778.50 | 2018 | $902.49 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS |

| | | | | 247679 (C.D. Cal. Nov. 20, 2020) |
|---|---|---|---|---|
| John Buse (28 years) | $875.00 | 2020 | $956.14 | *Wishtoyo Found. v. United Water Conservation Dist.,* No. 19-55380 (9th Cir. Nov. 16, 2020) |
| Kristin A. Linsley (28 years) | $1,150.00 | 2021 | $1,220.04 | *Woodhouse v. United States Gov't,* No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |

37.    The 21 additional data points in the chart below further support the reasonableness of Mr. Evenson's rate of $910 per hour. The attorneys in these cases had between 4 and 20 years less experience than Mr. Evenson, and the Courts found that rates exceeding his rate of $910 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Mr. Evenson's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 13 years less experience (*i.e.* less than half of his experience).

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|

| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
|---|---|---|---|---|
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Andrew Soukup (12 years) | $935.00 | 2020 | $1,021.70 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Andrew Ditchfield (13 years) | $872.00 | 2020 | $952.86 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |

| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Felicia Medina (14 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Edward Moss (14 years) | $975.00 | 2018 | $1,130.29 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Michael Palmer (15 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Ryan Weinstein (16 years) | $915.00 | 2021 | $970.72 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 |

| | | | | |
|---|---|---|---|---|
| | | | | (C.D. Cal. Mar. 16, 2021) |
| Michael Kahn (16 years) | $790.00 | 2018 | $915.83 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |
| Andrew Melzer (16 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Ryan Weinstein (16 years) | $915.00 | 2021 | $970.72 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley,* No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Andrew Sokolowski (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Launa Adolf (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS |

| | | | | 155169 (C.D. Cal. June 25, 2020) |
|---|---|---|---|---|
| Jesus E. Cuza (20 years) | $845.00 | 2020 | $923.35 | *125916 Ont. Ltd. v. Kagan*, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Eileen Goldsmith (20 years) | $860.00 | 2020 | $939.75 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Anne Voigts (20 years) | $1,005.00 | 2022 | $1035.15 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Benjamin Razi (20 years) | $1,130.00 | 2020 | $1,241.25 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

| Lisa Dwyer (21 years) | $1,040.00 | 2022 | $1,071.20 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Benjamin Razi (21 years) | $1,170.00 | 2021 | $1,241.25 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

## IX.   Colin Kelly's Reasonable 2023 Hourly Rate For Attorney Work.

38.   Colin Kelly has 14 years of experience as of the time this Motion is filed. I worked with Mr. Kelly on various matters while he was still at Coastkeeper, and especially this case. Based on my experience working with him, I am well aware that his work is of excellent quality and he has extensive expertise in environmental citizen suit litigation—as is further reflected in his declaration in support of this Motion. I am further aware from talking with colleagues that Mr. Kelly enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. I am aware that Orange County Coastkeeper has set Mr. Kelly's 2023 rate for the Los Angeles/Orange County area legal market at $810 per hour. It is my opinion that Mr. Kelly's hourly rate of $810 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of his level of skill, years of experience, and reputation for environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award

decisions for attorneys with his level of skill, experience, and reputation working on cases involving complex civil litigation. In evaluating his hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

39.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Mr. Kelly's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $820.95 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $904.48 per hour. These figures are notably above Mr. Kelly's rate of $810 per hour. Given that Mr. Kelly's $810 per hour rate is below these figures, his rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney of his experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| | | | | |

| Michael Kahn (16 years) | $790.00 | 2018 | $915.83 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |
|---|---|---|---|---|
| Dalia Khalili (13 years) | $775.00 | 2020 | $846.86 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Xinying Valerian (13 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Felicia Medina (14 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Michael Palmer (15 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Andrew Melzer (16 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.,* No. 19-00909, 2021 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 6728 (C.D. Cal. Jan. 5, 2021) |
| Launa Adolph (15 years) | $750.00 | 2018 | $869.46 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Eric Brown (12 years) | $825.00 | 2020 | $901.50 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| John Fattahi (15 years) | $785.00 | 2022 | $808.55 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Marshall P. Dees (13 years) | $675.00 | 2019 | $759.72 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Stefan Coleman (13 years) | $730.00 | 2021 | $774.46 | *Judson v. Goldco Direct, LLC*, No. 19-6798, 2021 U.S. Dist. LEXIS 258173 (C.D. Cal. June 11, 2021) |
| Andrew Ditchfield (13 years) | $872.00 | 2020 | $952.86 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. |

| | | | | |
|---|---|---|---|---|
| | | | | LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
| Brian M. Burnovski (14 years) | $843.00 | 2020 | $921.17 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
| Edward Moss (14 years) | $975.00 | 2018 | $1,130.29 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Andrew Soukup (12 years) | $935.00 | 2020 | $1,021.70 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Ryan Weinstein (15 years) | $875.00 | 2020 | $956.14 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. |

| | | | | |
|---|---|---|---|---|
| | | | | 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Ryan Weinstein (16 years) | $915.00 | 2021 | $970.72 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Jason Weiner (12 years) | $640.00 | 2020 | $699.35 | *Wishtoyo Found. v. United Water Conservation Dist.,* No. 19-55380 (9th Cir. Nov. 16, 2020) |

40.     The 15 additional data points in the chart below further support the reasonableness of Mr. Kelly's rate of $810 per hour. The attorneys in these cases had between 3 and 11 years less experience than Mr. Kelly, and the Courts found that rates exceeding his rate of $810 per hour were reasonable for those attorneys,

after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Mr. Kelly's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 9 years less experience (*i.e.* almost two-thirds less experience).

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Kathryn Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Kathryn W. Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Danielle Fuschetti (7 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

| John A. Canale (8 years) | $750.00 | 2020 | $819.55 | 125916 Ont. Ltd. v. Kagan, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Angela Poon (8 years) | $775.00 | 2021 | $822.20 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |
| Nora Kahn (4 years) | $720.00 | 2018 | 834.68 | McAllister v. St. Louis Rams, LLC, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Joseph C. Hansen (8 years) | $795.00 | 2021 | $843.42 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |
| Robert Prongay (9 years) | $750.00 | 2019 | $844.13 | *Jiangchen v. Rentech, Inc.*, No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Robert Barton (11 years) | $775.00 | 2020 | $846.86 | *125916 Ont. Ltd. v. Kagan*, No. 20-02630, 2020 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 227111 (C.D. Cal. Nov. 16, 2020) |
| Avi R. Kaufman (11 years) | $800.00 | 2021 | $848.72 | *Judson v. Goldco Direct, LLC*, No. 19-6798, 2021 U.S. Dist. LEXIS 258173 (C.D. Cal. June 11, 2021) |
| Felicia Gilbert (9 years) | $800.00 | 2020 | $874.18 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |

| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
|---|---|---|---|---|

**X.      Lauren Chase's Reasonable 2023 Hourly Rate For Attorney Work.**

41.     Lauren Chase has 5 years of experience as of the time this Motion is filed. I have worked closely with Ms. Chase as co-counsel on numerous matters over the last few years. Based on my years of experience working with her, I am well aware that her work is of excellent quality and she has extensive expertise in environmental citizen suit litigation—as is further reflected in her declaration in support of this Motion. I am further aware from talking with colleagues that Ms. Chase enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. I am aware that Orange County Coastkeeper has set Ms. Chase's 2023 hourly rate for the Los Angeles/Orange County area legal market at $595 per hour. It is my opinion that Ms. Chase's hourly rate of $595 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of her level of skill, years of experience, and reputation for environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with her level of skill, experience, and reputation working on cases involving complex civil litigation. In evaluating her hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

42.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Ms. Chase's hourly rate and then what those rates would be as an

inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $620.97 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $697.54 per hour. These figures are notably well above Ms. Chase's rate of $595 per hour. Given that her $595 per hour rate is well below these figures, her rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney of her experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Romeao Jennings (7 years) | $580.00 | 2018 | $672.38 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |
| Cristina Salvato (6 years) | $615.00 | 2019 | $692.19 | *Abbas v. Vertical Entm't, LLC,* No. 18-7399, 2019 U.S. Dist. LEXIS 181056 (C.D. Cal. Oct. 18, 2019) |

| | | | | |
|---|---|---|---|---|
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Julia Z. Wells (3 years) | $525.00 | 2020 | $573.68 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Irina Kirnasova (4 years) | $525.00 | 2020 | $573.68 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Christopher Yandel (3 years) | $400.00 | 2020 | $437.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Emily Linehan (3 years) | $450.00 | 2020 | $491.73 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

| Alok Nadig (3 years) | $500.00 | 2020 | $546.36 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
|---|---|---|---|---|
| Danielle Fuschetti (7 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Daniel Bass (6 years) | $525.00 | 2018 | $608.62 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Tagore Subramaniam (7 years) | $575.00 | 2018 | $666.58 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Lauren Timmons (5 years) | $630.00 | 2019 | $709.07 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. |

| | | | | |
|---|---|---|---|---|
| | | | | LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Evan Woolley (7 years) | $710.00 | 2019 | $799.11 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Alexandria P. Rankin (3 years) | $375.00 | 2019 | $422.07 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Melissa Wright (7 years) | $525.00 | 2019 | $590.89 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Peter M. Bozzo (5 years) | $591.60 | 2020 | $646.46 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

| | | | | |
|---|---|---|---|---|
| Nora Kahn (4 years) | $720.00 | 2018 | $834.68 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Daniel Rios (3 years) | $675.00 | 2021 | $716.11 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley,* No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Steven Winkelman (5 years) | $715.00 | 2020 | $781.30 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley,* No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Kathryn Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Cassandra E. Havens (3 years) | $607.50 | 2020 | $663.83 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, |

| | | | | |
|---|---|---|---|---|
| | | | | 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Laura Watson (3 years) | $607.50 | 2020 | $663.83 | *Wb Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |
| Laura Watson (4 years) | $706.50 | 2021 | $749.53 | *Wb Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |
| Kathryn W. Hutchinson (5 years) | $567.00 | 2016 | $697.34 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Kathryn W. Hutchinson (6 years) | $625.50 | 2017 | $746.88 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |

| Amie Medley (7 years) | $607.50 | 2016 | $747.15 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Kathryn W. Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |

43.   The 3 additional data points in the chart below further support the reasonableness of Ms. Chase's rate of $595 per hour. The attorneys in these cases had 3 years *less* experience than Ms. Chase, and the Courts found that rates exceeding her rate of $595 per hour were reasonable for those attorneys, even without conservatively correcting for inflation in two cases.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Yungmoon Change (2 years) | $554.00 | 2018 | $642.24 | *Aecom Energy & Constr. v. Ripley,* No. 17-5398, 2018 |

| | | | | |
|---|---|---|---|---|
| | | | | U.S. Dist. LEXIS 173810 (C.D. Cal. Oct. 9, 2018) |
| Maria Beltran (2 years) | $656.00 | 2021 | $695.95 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Daniel Rios (2 years) | $600.00 | 2020 | $655.64 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

## XI.  Sarah Spinuzzi's Reasonable 2023 Hourly Rate For Attorney Work.

44.  Sarah Spinuzzi has 8 years of experience as of the time this Motion is filed. While she was still at Coastkeeper, I worked closely with Ms. Spinuzzi on several matters over the last few years. Based on my years of experience working with her, I am well aware that her work is of excellent quality and she has extensive expertise in environmental citizen suit litigation—as is further reflected in her declaration in support of this Motion. I am further aware from talking with colleagues that Ms. Spinuzzi enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes. I am aware that Orange County Coastkeeper has set Ms. Spinuzzi's 2023 hourly rate for the Los Angeles/Orange County area legal market at $675 per hour. It is my opinion that Ms. Spinuzzi's hourly rate of $675 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of her level of skill, years of experience, and reputation for environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of

1  California attorneys' fee award decisions for attorneys with her level of skill,

2  experience, and reputation working on cases involving complex civil litigation. In

3  evaluating her hourly rate, I have reviewed market data and attorney fee awards in

4  cases decided over the past several years involving various types of complex civil

5  litigation in the U.S. District Court for the Central District of California, which are

6  described below.

7      45.    In the chart below, I have set forth the rates that the Court found

8  reasonable in the representative Central District of California cases that support the

9  reasonableness of Ms. Spinuzzi's hourly rate and then what those rates would be as

10  an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a

11  very conservative 3% per year inflation value that likely underestimates actual

12  attorney fee inflation over the relevant period). The average of these historical rates

13  is $671.88 per hour, before correcting for inflation. Utilizing a 3% per year inflation

14  adjustment, the average of the attorney hourly rates from the cases below is $747.24

15  per hour. The unadjusted figure is consistent with Ms. Spinuzzi's rate and that

16  conservatively adjusted figure is nearly $75 over Ms. Spinuzzi's rate of $675 per

17  hour. Given the relationship of Ms. Spinuzzi's rate to these figures, it is my opinion

18  that her $675 per hour rate is reasonable as a prevailing market rate in 2023 for an

19  attorney of her experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| | | | | |

| John A. Canale (8 years) | $750.00 | 2020 | $819.55 | 125916 Ont. Ltd. v. Kagan, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Rebecca J. Canamero (10 years) | $625.00 | 2020 | $682.95 | *125916 Ont. Ltd. v. Kagan*, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Romeao Jennings (7 years) | $580.00 | 2018 | $672.38 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |
| Cristina Salvato (6 years) | $615.00 | 2019 | $692.19 | *Abbas v. Vertical Entm't, LLC,* No. 18-7399, 2019 U.S. Dist. LEXIS 181056 (C.D. Cal. Oct. 18, 2019) |
| Dan Bass (8 years) | $625.00 | 2020 | $682.95 | *Alikhan v. Goodrich Corp.,* No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |

| | | | | |
|---|---|---|---|---|
| Tagore O. Subramaniam (9 years) | $675.00 | 2020 | $737.59 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Danielle Fuschetti (7 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Kevin Hubbard (8 years) | $500.00 | 2020 | $546.36 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Felicia Gilbert (9 years) | $800.00 | 2020 | $874.18 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Daniel Bass (6 years) | $525.00 | 2018 | $608.62 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. |

| | | | | Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
|---|---|---|---|---|
| Tagore Subramaniam (7 years) | $575.00 | 2018 | $666.58 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Kayvon Sabourian (8 years) | $600.00 | 2018 | $695.56 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Eric Valenzuela (9 years) | $700.00 | 2022 | $721.00 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Renee V. Masongsong (10 years) | $600.00 | 2022 | $618.00 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |

| Evan Woolley (7 years) | $710.00 | 2019 | $799.11 | *Homegoods, Inc. v. Papanicolaou*, No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
|---|---|---|---|---|
| Melissa Wright (7 years) | $525.00 | 2019 | $590.89 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Robert Prongay (9 years) | $750.00 | 2019 | $844.13 | *Jiangchen v. Rentech, Inc.*, No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Rachel E. Kaufman (10 years) | $730.00 | 2021 | $774.46 | *Judson v. Goldco Direct*, LLC, No. 19-6798, 2021 U.S. Dist. LEXIS 258173 (C.D. Cal. June 11, 2021) |
| Stuart Wilcox (10 years) | $675.00 | 2022 | $695.25 | *Los Angeles Waterkeeper v. American Reclamation, et al.*, 21-1140, Dkt. 45 (C.D. Cal. April 15, 2022) |

| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
|---|---|---|---|---|
| Kathryn Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Amie Medley (9 years) | $607.50 | 2018 | $704.26 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Kathryn W. Hutchinson (6 years) | $625.50 | 2017 | $746.88 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Amie Medley (7 years) | $607.50 | 2016 | $747.15 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. |

| | | | | |
|---|---|---|---|---|
| | | | | LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Kathryn W. Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Stuart Wilcox (8 years) | $635.00 | 2020 | $693.88 | *Wishtoyo Found. v. United Water Conservation Dist.*, No. 19-55380 (9th Cir. Nov. 16, 2020) |
| Angela Poon (8 years) | $775.00 | 2021 | $822.20 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |
| Joseph C. Hansen (8 years) | $795.00 | 2021 | $843.42 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |

46.    The 9 additional data points in the chart below further support the reasonableness of Ms. Spinuzzi's rate of $675 per hour. The attorneys in these cases had between 3 and 6 years *less* experience than Ms. Spinuzzi, and the Courts found that rates exceeding her rate of $675 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates

exceeding Ms. Spinuzzi's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 5 years less experience.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Maria Beltran (2 years) | $656.00 | 2021 | $695.95 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Kathryn W. Hutchinson (5 years) | $567.00 | 2016 | $697.34 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Lauren Timmons (5 years) | $630.00 | 2019 | $709.07 | *Homegoods, Inc. v. Papanicolaou*, No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |

| | | | | |
|---|---|---|---|---|
| Daniel Rios (3 years) | $600.00 | 2020 | $655.64 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Laura Watson (4 years) | $706.50 | 2021 | $749.53 | *Wb Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |
| Steven Winkelman (5 years) | $715.00 | 2020 | $781.30 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Nora Kahn (4 years) | $720.00 | 2018 | 834.68 | McAllister v. St. Louis Rams, LLC, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. |

| | | | | LEXIS 227704 (C.D. Cal. July 2, 2018) |
|---|---|---|---|---|
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |

## XII.   Armita Ariano's Reasonable 2023 Hourly Rate For Attorney Work.

47.     Armita Ariano has 6 years of experience as of the time this Motion is filed. I am aware that Orange County Coastkeeper has set Ms. Ariano's 2023 hourly rate for the Los Angeles/Orange County area legal market at $620 per hour. It is my opinion that Ms. Ariano's hourly rate of $620 per hour would easily be an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney of with considerable environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for experienced attorneys working on cases involving complex civil litigation. In evaluating her hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

48.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Ms. Ariano's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $666.18 per hour, before correcting for inflation. Utilizing a 3% per year inflation

adjustment, the average of the attorney hourly rates from the cases below is $747.84 per hour. These figures are notably well above Ms. Ariano's rate of $620 per hour. Given that her $620 per hour rate is below these figures, her rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney of her experience, skill, and reputation in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| John A. Canale (8 years) | $750.00 | 2020 | $819.55 | 125916 Ont. Ltd. v. Kagan, No. 20-02630, 2020 U.S. Dist. LEXIS 227111 (C.D. Cal. Nov. 16, 2020) |
| Romeao Jennings (7 years) | $580.00 | 2018 | $672.38 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |
| Cristina Salvato (6 years) | $615.00 | 2019 | $692.19 | *Abbas v. Vertical Entm't, LLC,* No. 18-7399, 2019 U.S. Dist. |

| | | | | |
|---|---|---|---|---|
| | | | | LEXIS 181056 (C.D. Cal. Oct. 18, 2019) |
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Irina Kirnasova (4 years) | $525.00 | 2020 | $573.68 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Dan Bass (8 years) | $625.00 | 2020 | $682.95 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Danielle Fuschetti (7 years) | $750.00 | 2020 | $819.55 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 6728 (C.D. Cal. Jan. 5, 2021) |
| Kevin Hubbard (8 years) | $500.00 | 2020 | $546.36 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Daniel Bass (6 years) | $525.00 | 2018 | $608.62 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Tagore Subramaniam (7 years) | $575.00 | 2018 | $666.58 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Kayvon Sabourian (8 years) | $600.00 | 2018 | $695.56 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Lauren Timmons (5 years) | $630.00 | 2019 | $709.07 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |

| | | | | |
|---|---|---|---|---|
| Evan Woolley (7 years) | $710.00 | 2019 | $799.11 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Melissa Wright (7 years) | $525.00 | 2019 | $590.89 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Peter M. Bozzo (5 years) | $591.60 | 2020 | $646.46 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
| Nora Kahn (4 years) | $720.00 | 2018 | $834.68 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

| | | | | |
|---|---|---|---|---|
| Steven Winkelman (5 years) | $715.00 | 2020 | $781.30 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Kathryn Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Kathryn W. Hutchinson (5 years) | $567.00 | 2016 | $697.34 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Kathryn W. Hutchinson (6 years) | $625.50 | 2017 | $746.88 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Amie Medley (7 years) | $607.50 | 2016 | $747.15 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, |

| | | | | |
|---|---|---|---|---|
| | | | | 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Kathryn W. Hutchinson (7 years) | $702.00 | 2018 | $813.81 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Laura Watson (4 years) | $706.50 | 2021 | $749.53 | *Wb Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |
| Stuart Wilcox (8 years) | $635.00 | 2020 | $693.88 | *Wishtoyo Found. v. United Water Conservation Dist.*, No. 19-55380 (9th Cir. Nov. 16, 2020) |
| Angela Poon (8 years) | $775.00 | 2021 | $822.20 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |

| Joseph C. Hansen (8 years) | $795.00 | 2021 | $843.42 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |

49.    The 7 additional data points in the chart below further support the reasonableness of Ms. Ariano's rate of $620 per hour. The attorneys in these cases had between 3 and 4 years less experience than Ms. Ariano, and the Courts found that rates exceeding her rate of $620 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Ms. Ariano's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 4 years less experience.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Yungmoon Change (2 years) | $554.00 | 2018 | $642.24 | *Aecom Energy & Constr. v. Ripley,* No. 17-5398, 2018 U.S. Dist. LEXIS 173810 (C.D. Cal. Oct. 9, 2018) |

| Daniel Rios (2 years) | $600.00 | 2020 | $655.64 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Cassandra E. Havens (3 years) | $607.50 | 2020 | $663.83 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. EDCV 16-600 JGB (SPx), 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Laura Watson (3 years) | $607.50 | 2020 | $663.83 | *Wb Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2021 U.S. Dist. LEXIS 193603 (C.D. Cal. May 7, 2021) |
| Maria Beltran (2 years) | $656.00 | 2021 | $695.95 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |

| Daniel Rios (3 years) | $675.00 | 2021 | $716.11 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
|---|---|---|---|---|
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

**XIII.  Barry Lee's Reasonable 2023 Hourly Rate For Attorney Work.**

50.     Barry Lee has less than one year of experience as of the time this Motion is filed. I have worked with Mr. Lee to some extent on this matter and have found his knowledge and work to be commensurate with attorneys of his experience level. I am aware that Orange County Coastkeeper has set Mr. Lee's 2023 hourly rate for the Los Angeles/Orange County area legal market at $390 per hour. It is my opinion that Mr. Lee's hourly rate of $390 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an entry-level attorney of his skill and experience. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with his level of skill and experience working on cases involving complex civil litigation. In evaluating his hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

51.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Mr. Lee's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $384.27 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $430.34 per hour. Mr. Lee's rate of $390 per hour is just above the average not corrected for inflation and is over $40 below the average corrected for inflation. It is also notable that this data set includes several individuals that had presumably not yet graduated law school and passed the bar, unlike Mr. Lee who is a barred attorney. This data includes a law clerk, two summer associates, and a legal intern. Inclusion of rates for these non-attorney individuals brings the average down substantially. With those non-attorney individuals removed, the unadjusted average becomes $446.72 and the adjusted average becomes $504.27. Mr. Lee's hourly rate thus fits well with, and is actually significantly below, the reasonable hourly rate indicated by the presented data. As a result, his rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney of his experience and skill in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
| --- | --- | --- | --- | --- |

| Adrineh Shakelian (0 years) | $550.00 | 2021 | $583.50 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
|---|---|---|---|---|
| Colleen Raspberry (0 years) - law clerk | $225.00 | 2020 | $245.86 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Ashley Johnson (0 years) - summer associate | $300.00 | 2020 | $327.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Summer Associate (0 years) | $300.00 | 2020 | $327.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Hannah Matsunaga (0 years) | $400.00 | 2020 | $437.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Isabel Finley (1 year) | $400.00 | 2020 | $437.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 6728 (C.D. Cal. Jan. 5, 2021) |
| Julia Wells (1 year) | $475.00 | 2018 | $550.66 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Marielle Sider (0 years) - legal intern | $150.00 | 2022 | $154.50 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Sara Miller (1 year) | $435.00 | 2019 | $489.60 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Luke R. Kennedy (1 year) | $425.00 | 2019 | $478.34 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Rachel Shen (0 years) | $495.00 | 2018 | $573.84 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Rachel S. Shen (1 year) | $400.50 | 2017 | $478.22 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. |

| | | | | LEXIS 227743 (C.D. Cal. July 9, 2018) |
|---|---|---|---|---|
| Cassandra E. Havens (1 year) | $440.00 | 2018 | $510.08 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |

**XIV.  Jennifer Novak's Reasonable 2023 Hourly Rate For Attorney Work.**

52.     Jennifer Novak has 27 years of experience as of the time this Motion is filed. I have worked closely with Ms. Novak as co-counsel on this matter over the last several years. Based on my years of experience working with her, I am well aware that she has extensive expertise in environmental citizen suit litigation—as is further reflected in her declaration in support of Plaintiffs' fee motion. I am aware that Ms. Novak is claiming a $925 per hour rate in this case as a rate commensurate with prevailing market rates in the Los Angeles/Orange County area legal market. It is my opinion that Ms. Novak's hourly rate of $925 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney with extensive environmental law expertise. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with her level of skill and experience working on cases involving complex civil litigation. In evaluating her hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

53.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Ms. Novak's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very

conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $931.71 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $1,021.01 per hour. These figures are notably above Ms. Novak's rate of $925 per hour. Given that her $925 per hour rate is below these figures, her rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney with extensive environmental law/complex civil litigation experience in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Mikael Stahle (24 years) | $875.00 | 2020 | $956.14 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| James Chadwick (28 years) | $775.00 | 2019 | $872.27 | *Abbas v. Vertical Entm't, LLC,* No. 18-7399, 2019 U.S. Dist. LEXIS 181056 (C.D. Cal. Oct. 18, 2019) |

| Diana Torres (26 years) | $892.00 | 2018 | $913.18 | *Aecom Energy & Constr. v. Ripley,* No. 17-5398, 2018 U.S. Dist. LEXIS 173810 (C.D. Cal. Oct. 9, 2018) |
|---|---|---|---|---|
| Diana Torres (29 years) | $1,116.00 | 2021 | $1,183.96 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Scott Brooks (28 years) | $850.00 | 2020 | $902.49 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Matthew J. Matern (28 years) | $950.00 | 2020 | $1,038.09 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Kevin Sharp (27 years) | $1,000.00 | 2020 | $1,092.73 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

| | | | | |
|---|---|---|---|---|
| Matthew J Matern (26 years) | $850.00 | 2018 | $985.38 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Scott A. Brooks (28 years) | $850.00 | 2020 | $928.82 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Matthew J. Matern (28 years) | $950.00 | 2020 | $1,038.09 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Joseph N. Akrotirianakis (24 years) | $1,120.00 | 2022 | $1,153.60 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Jeffrey Bucholtz (26 years) | $1,295.00 | 2022 | $1,333.85 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |

| | | | | |
|---|---|---|---|---|
| Joseph Cohen (28 years) | $935.00 | 2019 | $1,052.35 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Various (25+ years) | $1,060.00 | 2020 | $1,158.29 | *Marshall v. Northrop Grumman Corp.,* No. 16-6794, 2020 U.S. Dist. LEXIS 177056 (C.D. Cal. Sep. 18, 2020) |
| Sharon D. Mayo (26 years) | $742.50 | 2016 | $913.18 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Sharon D. Mayo (27 years) | $778.50 | 2017 | $929.57 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Sharon D. Mayo (28 years) | $778.50 | 2018 | $902.49 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 247679 (C.D. Cal. Nov. 20, 2020) |
| Sharon D. Mayo (29 years) | $828.00 | 2019 | $1,183.96 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Sharon D. Mayo (30 years) | $895.50 | 2020 | $978.54 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| John Buse (28 years) | $875.00 | 2020 | $956.14 | *Wishtoyo Found. v. United Water Conservation Dist.,* No. 19-55380 (9th Cir. Nov. 16, 2020) |
| Kristin A. Linsley (28 years) | $1,150.00 | 2021 | $1,220.04 | *Woodhouse v. United States Gov't*, No. 21-06372, 2021 U.S. Dist. LEXIS 249920 (C.D. Cal. Dec. 31, 2021) |

54. The 23 additional data points in the chart below further support the reasonableness of Ms. Novak's rate of $925 per hour. The attorneys in these cases had between 4 and 22 years less experience than Ms. Novak, and the Courts found

that rates exceeding her rate of $925 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Ms. Novak's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 13 years less experience.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Michael Palmer (15 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Andrew Melzer (16 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 |

| | | | | |
|---|---|---|---|---|
| | | | | (C.D. Cal. Jan. 5, 2021) |
| Andrew Sokolowski (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Launa Adolf (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Andrew Ditchfield (13 years) | $872.00 | 2020 | $952.86 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 259004 (C.D. Cal. Nov. 23, 2020) |
| Ryan Weinstein (16 years) | $875.00 | 2021 | $928.29 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Ex Kano Sams (22 years) | $850.00 | 2019 | $956.68 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Ryan Weinstein (16 years) | $915.00 | 2021 | $970.72 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 227704 (C.D. Cal. July 2, 2018) |
| Andrew Soukup (12 years) | $935.00 | 2020 | $1,021.70 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Heather Banuelos (22 years) | $1,000.00 | 2022 | $1,030.00 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

| | | | | |
|---|---|---|---|---|
| Anne Voigts (20 years) | $1,005.00 | 2022 | $1,035.15 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| Felicia Medina (14 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Charles Field (23 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Lisa Dwyer (21 years) | $1,040.00 | 2022 | $1,071.20 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |

| 1<br>2<br>3<br>4<br>5<br>6 | Edward Moss (14 years) | $975.00 | 2018 | $1,130.29 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Aaron Craig (23 years) | $1,100.00 | 2022 | $1,133.00 | *Hope Med. Enters. v. Fagrgon Compounding Serv., LLC*, No. 19-07748, 2022 U.S. Dist. LEXIS 49151 (C.D. Cal. Mar. 14, 2022) |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | Benjamin Razi (20 years) | $1,130.00 | 2020 | $1,234.78 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| 23<br>24<br>25<br>26<br>27<br>28 | Benjamin Razi (21 years) | $1,170.00 | 2021 | $1,241.25 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS |

| | | | | 93147 (C.D. Cal. Mar. 16, 2021) |
|---|---|---|---|---|
| David Sanford (23 years) | $1,200.00 | 2020 | $1,311.27 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

## XV.   Megan Meadows' Reasonable 2023 Hourly Rate For Attorney Work.

55.     Megan Meadows has 17 years of experience as of the time this Motion is filed. I have worked with Ms. Meadows as co-counsel in this matter over the last several years. Based on my experience working with her, I am well aware that her work is of excellent quality and she has extensive expertise in environmental citizen suit litigation—as is further reflected in her declaration in support of Plaintiffs' fee motion. I am aware that the Law Office of Jennifer F. Novak is claiming a rate of $845 per hour in this case as commensurate with prevailing market rates for the Los Angeles/Orange County area legal market. It is my opinion that Ms. Meadows' hourly rate of $845 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for an attorney with extensive environmental law and complex civil litigation experience. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with her level of experience in cases involving complex civil litigation. In evaluating her hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

56.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the

reasonableness of Ms. Meadows' hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $826.25 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $906.99 per hour. The unadjusted figure is very close to Ms. Meadows' rate of $845 per hour ($18.75 less) and the conservatively adjusted figure is well in excess of Ms. Meadows' rate of $845 per hour ($61.99 above). Given the relationship of Ms. Meadows' $845 per hour rate to these figures, Ms. Meadows' rate is in my opinion consistent with the prevailing market rate in 2023 for an attorney with her level of environmental and complex civil litigation experience in the Central District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Michael Kahn (16 years) | $790.00 | 2018 | $915.83 | *3M Co. v. Phx. Auto. Refinishing Co.,* No. 17-00649, 2018 U.S. Dist. LEXIS 70589 (C.D. Cal. Apr. 25, 2018) |

| | | | | |
|---|---|---|---|---|
| Andrew Sokolowski (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Launa Adolf (17 years) | $850.00 | 2020 | $928.82 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Max Sloves (19 years) | $675.00 | 2020 | $737.59 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Michael Palmer (15 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Andrew Melzer (16 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Launa Adolph (15 years) | $750.00 | 2018 | $808.55 | *Edwards v. Chartwell Staffing Servs.,* No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |

| | | | | |
|---|---|---|---|---|
| John Fattahi (15 years) | $785.00 | 2022 | $869.46 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Stanislav Karas (17 years) | $775.00 | 2019 | $872.27 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |
| Various (15-24 years) | $950.00 | 2020 | $1,038.09 | *Marshall v. Northrop Grumman Corp.*, No. 16-6794, 2020 U.S. Dist. LEXIS 177056 (C.D. Cal. Sep. 18, 2020) |
| Ryan Weinstein (15 years) | $875.00 | 2020 | $956.14 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Ryan Weinstein (16 years) | $915.00 | 2021 | $970.72 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |

57.     The 13 additional data points in the chart below further support the reasonableness of Ms. Meadows' rate of $845 per hour. The attorneys in these cases had between 3 and 14 years less experience than Ms. Meadows, and the Courts

found that rates exceeding her rate of $845 per hour were reasonable for those attorneys, after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Ms. Meadows' rate, even without correcting for inflation at all, reasonable for attorneys with as many as 12 years less experience.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Stephanie Drotar (3 years) | $770.00 | 2018 | $892.64 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Yungmoon Chang (5 years) | $876.00 | 2021 | $929.35 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Russell Kornblith (7 years) | $850.00 | 2020 | $928.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |

| | | | | |
|---|---|---|---|---|
| Matthew Murphy (8 years) | $875.00 | 2018 | $1,014.36 | *McAllister v. St. Louis Rams, LLC,* No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |
| Felicia Gilbert (9 years) | $800.00 | 2020 | $874.18 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Eric Brown (12 years) | $825.00 | 2020 | $901.50 | *Fan v. Delta Air Lines*, No. 19-04599, 2020 U.S. Dist. LEXIS 157480 (C.D. Cal. May 20, 2020) |
| Andrew Soukup (12 years) | $935.00 | 2020 | $1,021.70 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |

| | | | | |
|---|---|---|---|---|
| Jackson Wagener (13 years) | $740.00 | 2018 | $857.86 | *WB Music Corp. v. Royce Int'l Broad. Corp.*, No. 16-600, 2020 U.S. Dist. LEXIS 247679 (C.D. Cal. Nov. 20, 2020) |
| Andrew Ditchfield (13 years) | $872.00 | 2020 | $952.86 | *Laub v. Horbaczewski*, No. 17-6210, 2020 U.S. Dist. LEXIS 259004 (C.D. Cal. Nov. 23, 2020) |
| Andrew Soukup (13 years) | $975.00 | 2021 | $1,034.38 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Felicia Medina (14 years) | $950.00 | 2020 | $1,038.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Edward Moss (14 years) | $975.00 | 2018 | $1,130.29 | *McAllister v. St. Louis Rams, LLC*, No. 17-157, 2018 U.S. Dist. LEXIS 227704 (C.D. Cal. July 2, 2018) |

**XVI.  Nichole Fandino's Reasonable 2023 Hourly Rate For Attorney Work.**

58.     Nichole Fandino has one year of experience as of the time this Motion is filed. I am aware that the Law Office of Jennifer F. Novak has set a $430 per hour rate is the rate to seek in this matter for Ms. Fandino's work as a rate commensurate with prevailing market rates in the Los Angeles/Orange County area legal market. It is my opinion that Ms. Fandino's hourly rate of $430 per hour is an appropriate 2023 rate to claim in the Los Angeles/Orange County area legal market for a reasonably skilled entry-level attorney working on complex civil litigation. This rate is commensurate with, even lower than, rates found reasonable in Central District of California attorneys' fee award decisions for attorneys with her experience level working on cases involving complex civil litigation. In evaluating her hourly rate, I have reviewed market data and attorney fee awards in cases decided over the past several years involving various types of complex civil litigation in the U.S. District Court for the Central District of California, which are described below.

59.     In the chart below, I have set forth the rates that the Court found reasonable in the representative Central District of California cases that support the reasonableness of Ms. Fandino's hourly rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (as discussed above, I have utilized a very conservative 3% per year inflation value that likely underestimates actual attorney fee inflation over the relevant period). The average of these historical rates is $440.45 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $492.94 per hour. Given that Ms. Fandino's $430 per hour rate is below these figures, her rate is not only reasonable, it is in my opinion even somewhat less than the prevailing market rate in 2023 for an attorney of her experience and skill in the Central District of California. Furthermore, and notably, these figures also include rates awarded to individuals that were presumably not even lawyers yet. For example, the below chart includes one law clerk, 2 summer associates, and a legal

intern, none of whom are presumably attorneys yet. Therefore, these figures are likely evern more conservative when applied to an attorney rate, as Plaintiffs are doing here for Ms. Fandino.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Year of Rate | Hourly Rate Conservatively Adjusted for Inflation (3% per year) to 2023 | Case Citation |
|---|---|---|---|---|
| Yungmoon Chang (2 years) | $554.00 | 2018 | $642.24 | *Aecom Energy & Constr. v. Ripley,* No. 17-5398, 2018 U.S. Dist. LEXIS 173810 (C.D. Cal. Oct. 9, 2018) |
| Adrineh Shakelian (0 years) | $550.00 | 2021 | $583.50 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |
| Maria Beltran (2 years) | $656.00 | 2021 | $695.95 | *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022) |

| | | | | |
|---|---|---|---|---|
| Colleen Raspberry (0 years) - law clerk | $225.00 | 2020 | $245.86 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Sydney Adams (2 years) | $525.00 | 2020 | $573.68 | *Alikhan v. Goodrich Corp.*, No. 17-6756, 2020 U.S. Dist. LEXIS 155169 (C.D. Cal. June 25, 2020) |
| Ashley Johnson (0 years) - summer associate | $300.00 | 2020 | $327.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Summer Associate (0 years) | $300.00 | 2020 | $327.82 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Hannah Matsunaga (0 years) - litigation fellow | $400.00 | 2020 | $437.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS 6728 (C.D. Cal. Jan. 5, 2021) |
| Isabel Finley (1 year) | $400.00 | 2020 | $437.09 | *Chen v. W. Dig. Corp.*, No. 19-00909, 2021 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 6728 (C.D. Cal. Jan. 5, 2021) |
| Julia Wells (1 year) | $475.00 | 2018 | $550.66 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Irina Kirnosova (2 years) | $475.00 | 2018 | $550.66 | *Edwards v. Chartwell Staffing Servs.*, No. 16-9187, 2018 U.S. Dist. LEXIS 234700 (C.D. Cal. Aug. 27, 2018) |
| Marielle Sider (0 years) - legal intern | $150.00 | 2022 | $154.50 | *French v. City of L.A.*, No. 20-00416, 2022 U.S. Dist. LEXIS 111194 (C.D. Cal. May 10, 2022) |
| Sara Miller (1 year) | $435.00 | 2019 | $489.60 | *Homegoods, Inc. v. Papanicolaou,* No. 19-06912, 2019 U.S. Dist. LEXIS 221967 (C.D. Cal. Dec. 4, 2019) |
| Luke R. Kennedy (1 year) | $425.00 | 2019 | $478.34 | *Jiangchen v. Rentech, Inc.,* No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) |

| | | | | |
|---|---|---|---|---|
| Daniel Rios (2 years) | $600.00 | 2020 | $655.64 | *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021) |
| Rachel Shen (0 years) | $495.00 | 2018 | $573.84 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Rachel S. Shen (1 year) | $400.50 | 2017 | $478.22 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Cassandra E. Havens (1 year) | $440.00 | 2018 | $510.08 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Rachel S. Shen (2 years) | $495.00 | 2018 | $573.84 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, |

| | | | | |
|---|---|---|---|---|
| | | | | 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |
| Cassandra E. Havens (2 years) | $508.50 | 2019 | $572.32 | *WB Music Corp. v. Royce Int'l Broad. Corp.,* No. 16-600, 2018 U.S. Dist. LEXIS 227743 (C.D. Cal. July 9, 2018) |

**XVII. Hourly Rates for Paralegal Work.**

60.     I have set the following hourly rates for paralegal work done by attorneys or paralegals for Environmental Advocates in 2023 as reasonable Los Angeles/Orange County area rates:

$250 for 0-<10 years of experience

$267 for 10-<20 years of experience

$330 for 20+ years of experience

61.     I am aware that Aqua Terra Aeris Law Group, the Law Office of Jennifer Novak, and Orange County Coastkeeper have also set similar hourly rates for paralegal work done by attorneys or paralegals in 2023 as reasonable Los Angeles/Orange County area rates.

62.     The above rates are consistent with rates found reasonable for paralegal work in case law in the U.S. District Court for the Central District of California. For example, in *Aecom Energy & Constr., Inc. v. Topolewski*, No. 17-5398, 2022 U.S. Dist. LEXIS 84689 (C.D. Cal. May 9, 2022), the Court found junior paralegal rates of $226-251 per hour and a senior paralegal rate of $396 per hour to be reasonable 2021 rates in the Los Angeles/Orange County area market. In *Jiangchen v. Rentech, Inc.*, No. 17-1490, 2019 U.S. Dist. LEXIS 180474 (C.D. Cal. Oct. 10, 2019) the Court found 2019 Los Angeles/Orange County area market paralegal rates of $290

per hour to be reasonable without consideration of experience level for the paralegals involved, indicating that such rates were not controversial for paralegal work generally. In *Relman Colfax Pllc v. Fair Hous. Council of San Fernando Valley*, No. 19-8612, 2021 U.S. Dist. LEXIS 93147 (C.D. Cal. Mar. 16, 2021), the Court found paralegal rates of $311 per hour reasonable in the in the Los Angeles/Orange County area market. Furthermore, the Ninth Circuit in *Wishtoyo Found. v. United Water Conservation Dist.*, No. 19-55380, Dkt. 65 (9th Cir. Nov. 16, 2020), found 2020 paralegal rates of $245-$300 per hour reasonable as Los Angeles/Orange County rates, including for some of the attorneys at issue in this matter, including myself ($300 per hour) and Mr. Wilcox ($245 per hour, then an 8-year attorney). In light of the foregoing, in my opinion the paralegal rates requested here are plainly supported by case law as reasonable rates for paralegal work in the Los Angeles/Orange County area market for paralegals engaged in complex federal litigation.

## XVIII.   Explanation for Reasonableness of Total Hours in the Context of Case Development and Outcome.

63.     This case has been extraordinarily complex as reflected in the 365 docket entries in this case, involving numerous issues of fact and law, a multitude of motions and other filings, two District Court trials, Ninth Circuit cross-appeals, and Corona Clay's U.S. Supreme Court petition for certiorari. The complexity and important precedential value of this case is reflected, for example, in the Ninth Circuit publishing its decision reversing this Court's initial 2019 judgment, noting that it was a precedent-setting decision interpreting the new U.S. Supreme Court decision, *Cnty. of Maui v. Haw. Wildlife Fund*, 140 S. Ct. 1462 (2020)--which established a new test for what constitutes a CWA regulated point source discharge. The factual and procedural complexity of this case is further underscored by the fact that litigating this matter has required: (1) briefing and arguing 30 motions (two Coastkeeper dispositive motions, 20 Coastkeeper motions in limine, one

Coastkeeper motion to compel discovery, one Coastkeeper post-trial motion, one Corona Clay dispositive motion, three Corona Clay motions in limine, and two Corona Clay post-trial motions), (2) drafting and responding to voluminous written discovery including drafting Coastkeeper's three sets of initial disclosures, three sets of requests for admission, four sets of requests for production of documents and request for land inspection, and responding to Corona Clay's three sets of interrogatories and two sets of requests for production documents as well as reviewing Corona Clay's four sets of initial disclosures, (3) taking eight depositions and defending six depositions taken by Corona Clay, (4) appearing in this Court for numerous hearings and conferences, (5) submitting extensive trial related pleadings such as memoranda of contentions of fact and law, trial briefs, and proposed jury instructions (6) preparing trial exhibits, (7) conducting jury voir dire, (8) preparing witnesses to testify at two trials and preparing counsel outlines of witness questioning, (9) preparing and delivering four opening and closing trial statements, (10) preparing voluminous excerpts of record for the Ninth Circuit cross-appeal in this matter, (11) drafting multiple briefs for the Ninth Circuit cross-appeal, (12), preparing for and delivering Ninth Circuit oral argument, (13) drafting a U.S. Supreme Court brief opposing Corona Clay's petition for certiorari, and (14) engaging in multiple rounds of (unfortunately futile) settlement negotiation, including engaging in the Ninth Circuit mediation process with Corona Clay, as directed by the Ninth Circuit.

64.    I participated to varying degrees in all phases of this litigation, serving largely as an advisor for the first trial, a partial co-author of some of the post judgment motions briefing following the first trial, the lead counsel for purposes of the Ninth Circuit cross-appeals, the lead counsel for responding to Corona Clay's Supreme Court certiorari petition, co-counsel with a fairly in-depth role for the second trial, especially on trial briefing matters and on the opposition to Corona Clay's unsuccessful motion after the second trial to dismiss the case on

jurisdictional grounds, and lead counsel on this motion for fees and costs. I have 36 years of experience in federal court complex civil litigation in environmental cases and an additional one year of experience as a federal District Court law clerk. This has been by far one of the most complex and heavily litigated matters that I have ever participated in or witnessed. Jury trials in environmental enforcement cases, including citizen suits, brought under the federal environmental laws are exceedingly rare. Accordingly, litigating this matter has required my Coastkeeper co-counsel and me to both work long hours and innovate when faced with legal challenges that are almost never encountered in these types of cases.

65.     I and my co-counsel have worked on this matter on contingency, and have had to incur very significant financial risk to our respective law firms, working over 6,000 hours collectively on a matter presenting groundbreaking, novel issues related to what constitutes a CWA point source discharge under evolving Supreme Court doctrine. Moreover, the time commitment involved in representing Coastkeeper on a case this complex and involved has necessitated that I and my co-counsel defer taking other matters that would have posed less uncertainty in outcome and volume of time commitment and thus significantly less financial risk. I and my co-counsel have collectively many years of experience in complex federal court civil litigation and many years of experience in environmental law, which, when combined with diligent pursuit of this case, has resulted in a significant win for the environment and our client Coastkeeper.

**XIX. Plaintiffs' Lodestar.**

66.     To successfully litigate this case, Plaintiffs' counsel have through November 26, 2023 devoted over 6000 hours to litigating this matter. Coastkeeper's counsel have reduced their billable hours by over 1500 billable hours to reflect billing judgment and are only seeking to recover for slightly less than 4500 billable hours, for a total lodestar of $$,558,909.70. The attached Exhibit 1 summarizes the claimed attorney lodestars for work performed by Plaintiffs' counsel and paralegals

1    in this case up through November 26, 2023. As noted above, the attached Exhibit 3

2    consolidates all Coastkeeper attorney and paralegal time records for this case. Time

3    records for each of the individual attorneys and paralegals who are seeking recovery

4    in this matter are also attached to this series of individual declarations that

5    Coastkeeper has filed along with Coastkeeper's motion for attorneys' fees and costs.

6         67.    As also noted in Exhibits 1 and 3, some Coastkeeper attorneys spent

7    time performing tasks that would be reasonably charged at a paralegal rate. In

8    addition, Coastkeeper had several paralegals perform certain paralegal tasks. In my

9    experience, it is customary in the California jurisdictions in which I have practiced,

10   including this one, to track paralegal task time separately from attorney time and bill

11   this time at a lower rate. This is the approach, (1) I have applied in several fee

12   petitions I have personally brought in the Central District, Northern District and

13   Eastern District of California (with subsequent court awards approving this

14   approach), (2) the approach applied by my co-counsel in other cases with which I

15   am familiar, and (3) an approach well supported by case law including numerous

16   decisions in the Central District of California.[1] Therefore, I and my co-counsel have

17   applied a different billing rate to this paralegal time. The result is two sets of hours:

18   "attorney time," which includes only those hours for which the attorneys were

19   performing legal services appropriate for an attorney, and "paralegal time," which

20   includes those hours for which the attorneys were performing paralegal tasks. As

21   depicted in Exhibits 1 and 3, I and my co-counsel have multiplied the total "attorney

22   time" by the attorney's hourly rate and the total "paralegal rate" by the reduced rate

23

24   [1] *See, e.g.*, *Hirsch v. Compton Unified Sch. Dist.*, No. CV 12-01269, 2013 U.S. Dist.
     LEXIS 64556, 2013 WL 1898553, at *3 (C.D. Cal. May 3, 2013) (citing *Missouri v.*

25   *Jenkins*, 491 U.S. 274, 286-88 (1989)); *Perfect 10, Inc. v. Giganews, Inc.,* No. 11-
     07098, 2015 U.S. Dist. LEXIS 54063, at **62-63 (C.D. Cal. Mar. 24,

26   2015); *Intamin, Ltd. v. Magnetar Technologies Corp.*, No. 04-0511, 2009 U.S. Dist.

27   LEXIS 123604, at *3 (C.D. Cal. Dec. 28, 2009); *Pierce v. County of Orange*, 905 F.
     Supp. 2d 1017, 1031 (C.D. Cal. 2012); *Elder v. National Conference of Bar*

28   Examiners, 2011 U.S. Dist LEXIS 102205, at *11.

1   for paralegals to arrive at the total lodestar for each attorney. These lodestars are

2   based on the prevailing market rates for attorneys and paralegals in the Central

3   District of California described above.

4       **XX.  Plaintiffs' Costs.**

5           68.     It is my practice and the practice of Environmental Advocates to bill

6   clients separately for litigation expenses including court filing fees, court courtesy

7   copies, postage and other document delivery charges, deposition transcripts,

8   attorney travel, electronic legal research, expert witness costs, and

9   printing/photocopying, in addition to billing for attorney time.

10          69.     Based on my interactions with co-counsel and opposing counsel in

11  numerous cases, separate billing for litigation expenses such as court filing fees,

12  court courtesy copies, postage and other document delivery charges, deposition

13  transcripts, attorney travel, electronic legal research, expert witness costs, and

14  printing/photocopying is the prevailing practice in the Los Angeles/Orange County

15  market.

16          70.     A spreadsheet itemizing and summarizing Coastkeeper's case costs in

17  this matter, including case costs incurred by Environmental Advocates, for which

18  Coastkeeper seeks reimbursement is attached as Exhibit 5. True and correct copies

19  of receipts documenting case expenses incurred on behalf of Coastkeeper by my

20  firm Environmental Advocates are included in Exhibit 2 to the contemporaneously

21  filed declaration of Barry Lee.

22      **XXI.  My Involvement in *Wishtoyo Found. V. United Water Conservation***

23          ***Dist.,* No. 16-3869 (C.D. Cal.)**

24          71.     I was lead counsel for Plaintiffs in *Wishtoyo Found v. United Water*

25  *Conservation Dist.,* No. 16-3869 (C.D. Cal.). In the *Wishtoyo* case I wrote or co-

26  authored all of the many briefs and other pleadings filed in the case, conducted or

27  assisted in all of the discovery, and served as lead trial counsel for the 11-day bench

28  trial in that matter, and my participation was necessary to the successful outcome

there, as it was in the present case. As one task, I wrote Plaintiffs' motion for attorneys' fees and costs and authored or directed the production of the many documents associated with that motion.

72.     My involvement in the *Wishtoyo* matter is also relevant in that I used a similar methodology as used above in this declaration for the timekeepers in this matter to set the hourly rates claimed here as I did in the *Wishtoyo* matter to provide evidence supporting counsel's rates in the *Wishtoyo* matter. The Court, in approving the rates in the *Wishtoyo* matter, effectively credited this methodology as providing a reasonable manner of supporting counsel's reasonable hourly rates. *See Wishtoyo*, 2019 U.S. Dist. LEXIS 39927, at *25 (finding "Plaintiffs have demonstrated that courts in the Central District have awarded attorneys with comparable experience a similar rate…").

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on December 6, 2023.

_____
Christopher Sproul
Environmental Advocates