# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 18-00333-DOC-(DFMx)    Date: December 18, 2023

Title: Inland Empire Waterkeeper, et al, v. Corona Clay Company

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| William Frentzen | Brian Neach |
| Lauren D. Chase | |
| Christopher Sproul | |

**PROCEEDINGS:    HEARING ON ARGUMENTS RE ATTORNEY FEES**

The case is called. The Court and counsel confer.  The Court hears arguments.

Motion for Attorney Fees and Costs [366] is taken under submission.

: 41

Initials of Deputy Clerk: kdu