William Frentzen (SBN 343918)
wfrentzen@mofo.com
Matt Robinson (SBN 333652)
mrobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-6413
Facsimile: (415) 268-7522

Lauren D. Chase (SBN 324162)
lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone:  (714) 850-1965
*Attorneys for Plaintiffs*
*Additional Counsel Listed on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORONA CLAY CO., a California corporation,<br><br>        Defendant. | Case No.: 8:18-cv-00333 DOC (DFM)<br><br>Hon. David O. Carter<br><br>**NOTICE OF CHANGE IN LAW**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)<br><br>Location: Courtroom 10A<br>Action Filed: February 27, 2018<br>Trial Date: November 15, 2022 |

*Additional Counsel for Plaintiffs*

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F.
NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:   (310) 693-0775
Facsimile:    (310) 627-0172

Christopher Sproul (SBN 126398)
Stuart Wilcox (SBN 327726)
csproul@enviroadvocates.com
wilcox@enviroadvocates.com
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

---

TO THE COURT AND TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 27, 2023, the United States Environmental Protection Agency published its final rule adjusting the maximum statutory civil monetary penalty under the Clean Water Act. 88 Fed.Reg. 89309 (Dec. 27, 2023) (published at https://www.federalregister.gov/documents/2023/12/27/2023-28555/civil-monetary-penalty-inflation-adjustment#citation-1-p89309.)  This final rule adjusts the range of penalties at issue in this matter, where Defendant Corona Clay was found liable for violations occurring after November 2, 2015 but penalties will not be assessed until after December 27, 2023.  The maximum statutory civil penalty for these violations has now increased from $64,618 per violation, per day, to $66,712 per violation, per day. *See* 33 U.S.C. § 1319(d); 40 C.F.R. § 19.4 (EPA regulation adjusting the CWA's statutory civil penalties for inflation); 88 Fed.Reg. 89309 (Dec. 27, 2023). Corona Clay remains liable for a civil penalty of up to $37,500 per violation for violations occurring before November 2, 2015.

The jury found that Corona Clay committed 375 Clean Water Act violations before November 2, 2015 and 12,166 Clean Water Act violations thereafter. Accordingly, the maximum civil penalty the Court can assess for Defendant's violations of federal law is $825,680,692.00 (375 x $37,500 and 12,166 x $66,712).

Therefore, the Court's order and Judgment should reflect this revision to the Clean Water Act and adjust its penalty accordingly.

Dated:        January 02, 2024           Respectfully submitted,


                                          /s/ Jennifer F. Novak

                                          Jennifer F. Novak
                                          Attorney for Plaintiffs


---

NOTICE OF CHANGE IN LAW                     3                     Case No. 8:18-cv-00333 DOC (DFM)