BRIAN NEACH, No. 242801
brianneachlaw@gmail.com
Law Offices of Brian Neach
10171 Peregrine Circle
Fountain Valley, California 92708
(714) 475-4550

DAMIEN M. SCHIFF, No. 235101
dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
(916) 419-7111

SEAN J. RADOMSKI*, Pa. Bar No. 319732
sradomski@pacificlegal.org
FRANK D. GARRISON*, Ind. Bar No. 34024-49
fgarrison@pacificlegal.org
MATTHEW B. GILLIAM*, W. Va. Bar No. 12255
mgilliam@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
(202) 888-6881

**Pro hac vice*

*Attorneys for Defendant Corona Clay Co.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER; ORANGE COUNTY COASTKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO.,<br><br>Defendant. | No. 8:18-cv-00333-DOC-DFM<br><br>**DEFENDANT CORONA CLAY CO.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: December 7, 2026<br>Time: 1:30 p.m.<br>Place: 10A, 10th Floor<br>Judge: Hon. David O. Carter<br>Action filed: 2/27/2018 |

TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2026, at 1:30 p.m., or as soon thereafter as this matter can be heard, before the Honorable David O. Carter of the United States District Court for the Central District of California, at Courtroom 10A of the above-captioned court, Defendant Corona Clay Co., by and through its attorneys of record, will move and hereby does move pursuant to Federal Rule of Civil Procedure 12(c) for an order granting Defendant's motion for judgment on the pleadings.

The Court should enter judgment in Defendant's favor as to all remaining counts in Plaintiff's First Amended Complaint (ECF Doc. 12). Plaintiff's pursuit of this lawsuit under the Federal Water Pollution Control Act, 33 U.S.C. § 1251, *et seq.*, and the Clean Water Act's citizen suit provision, 33 U.S.C. § 1365, violates the private nondelegation doctrine and the Executive Vesting and Take Care Clauses of Article II of the U.S. Constitution. Also, this lawsuit violates the Appointments Clause. Because the statute is unconstitutional, the First Amended Complaint fails to state a claim for relief, and Plaintiff cannot pursue this lawsuit.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in support and attached exhibits, and all pleadings and papers on file in this action, and any other matters of which the Court may take notice or that may be presented at the hearing on this Motion.

DATED: October 26, 2026.

Respectfully submitted,

BRIAN NEACH
DAMIEN M. SCHIFF
SEAN J. RADOMSKI*
FRANK D. GARRISON*
MATTHEW B. GILLIAM*

By /s/ Damien M Schiff
DAMIEN M. SCHIFF
*Attorneys for Defendant Corona Clay Co.*
**Pro hac vice*