# Exhibit D

**EXHIBIT D – CWA CITIZEN SUITS FILED BY PLAINTIFFS IN C.D. CAL.**

1. *Indland Empire Waterkeeper v. Stretch Forming Corp.*, No. 8:26-cv-2725
2. *Orange Cnty. Coastkeeper v. Coast Line Metals, Inc.*, No. 8:26-cv-1165
3. *Orange Cnty. Coastkeeper v. Angelus Block Co., Inc.*, No. 8:26-cv-1041
4. *Inland Empire Waterkeeper v. American Made Plastics, Inc.*, No. 8:26-cv-539
5. *Orange Cnty. Coastkeeper v. Quality Aluminum Forge, LLC*, No. 8:26-cv-412
6. *Orange Cnty. Coastkeeper v. BASF Corp.*, No. 8:26-cv-409
7. *Inland Empire Waterkeeper v. Prism Aerospace*, No. 8:26-cv-405
8. *Orange Cnty. Coastkeeper v. Angelus Block Co.*, No. 8:26-cv-91
9. *Inland Empire Waterkeeper v. Unlimited Plastics, Inc.*, No. 8:25-cv-2482
10. *Inland Empire Waterkeeper v. Luxfer, Inc.*, No. 8:25-cv-1368
11. *Orange Cnty. Coastkeeper v. Amrep Mfg. Co., LLC*, No. 8:25-cv-998
12. *Orange Cnty. Coastkeeper v. San Juan Capistrano Equestrian Ctr.*, No. 8:25-cv-531
13. *Orange Cnty. Coastkeeper v. TWI Techno W., Inc*., No. 8:24-cv-2768
14. *Orange Cnty. Coastkeeper v. Crest Coating, Inc.*, No. 8:24-cv-2619
15. *Orange Cnty. Coastkeeper v. Shady Maples Farm, LLC*, No. 8:24-cv-2311
16. *Orange Cnty. Coastkeeper v. Giswold Indus.*, No. 8:24-cv-2162
17. *Orange Cnty. Coastkeeper v. Thornton Steel & Iron Works, Inc.*, No. 8:24-cv-2027
18. *Orange Cnty. Coastkeeper v. Shapco, Inc.*, No. 8:24-cv-1895
19. *Orange Cnty. Coastkeeper v. Nat'l Constr. Rentals, Inc*., No. 2:23-cv-7775
20. *Orange Cnty. Coastkeeper v. ADC LLC*, No. 8:23-cv-2409
21. *Orange Cnty. Coastkeeper v. Certified Auto Salvage*, No. 8:22-cv-2044
22. *Orange Cnty. Coastkeeper v. Bodycote Thermal Processing, Inc.*, No. 8:22-cv-2040
23. *Orange Cnty. Coastkeeper v. Alloy Die Casting Co*., No. 8:22-cv-1072
24. *Orange Cnty. Coastkeeper v. Hixson Metal Finishing*, No. 8:22-cv-932
25. *Orange Cnty. Coastkeeper v. Acra Aerospace LLC*, No. 8:21-cv-2127

26. *Orange Cnty. Coastkeeper v. R.J. Noble Co.*, No. 8:21-cv-1233
27. *Inland Empire Waterkeeper v. Prezero US, Inc.*, No. 8:21-cv-1001
28. *Orange Cnty. Coastkeeper v. Micrometals, Inc.*, No. 8:21-cv-676
29. *Inland Empire Waterkeeper v. CMC Steel Fabricators*, No. 8:21-cv-236
30. *Orange Cnty. Coastkeeper v. Rancho Sierra Vista*, No. 8:20-cv-1993
31. *Orange Cnty. Coastkeeper v. Equestrian Servs. II, Inc.*, No. 8:20-cv-1694
32. *Orange Cnty. Coastkeeper v. Ware Disposal, Inc.*, No. 8:20-cv-1565
33. *Orange Cnty. Coastkeeper v. Kingspan Light & Air, LLC*, No. 8:20-cv-1498
34. *Inland Empire Waterkeeper v. Columbia Steel, Inc.*, No. 8:20-cv-1062
35. *Orange Cnty. Coastkeeper v. Aluminum Precision Prods., Inc.*, No. 8:19-cv-752
36. *Orange Cnty. Coastkeeper v. Aluminum Precision Prods., Inc.*, No. 8:19-cv-751
37. *L.A. Waterkeeper, Inland Empire Waterkeeper, et al. v. Cemex Constr. Materials Pac., LLC*, No. 5:17-cv-1137
38. *Orange Cnty. Coastkeeper v. City of San Juan Capistrano*, No. 8:17-cv-956
39. *Orange Cnty. Coastkeeper v. Associated Ready Mixed Concrete, Inc.*, No. 8:17-cv-611
40. *Orange Cnty. Coastkeeper v. Bristol Indus., LLC*, No. 8:17-cv-471
41. *Orange Cnty. Coastkeeper v. Commercial Metal Forming*, No. 8:17-cv-282
42. *Orange Cnty. Coastkeeper v. Fox Hills Casting Industries, Inc.*, No. 8:17-cv-261
43. *Inland Empire Waterkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-1434
44. *Orange Cnty. Coastkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-1432
45. *Orange Cnty. Coastkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-1431
46. *Inland Empire Waterkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-1429
47. *Inland Empire Waterkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-1428
48. *Inland Empire Waterkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-1427
49. *Inland Empire Waterkeeper v. Robertsons Ready Mix, Ltd.*, No. 5:16-cv-1085
50. *Orange Cnty. Coastkeeper v. Robertsons Ready Mix, Ltd.*, No. 8:16-cv-961

51. *Inland Empire Waterkeeper v. Robertsons Ready Mix, Ltd.*, No. 5:16-cv-825
52. *Orange Cnty. Coastkeeper v. Precision Castparts Corp.*, No. 8:16-cv-816
53. *Inland Empire Waterkeeper v. Robertson Ready Mix, Ltd.*, No. 8:16-cv-776
54. *Inland Empire Waterkeeper v. Am. Arrow LLC*, No. 2:15-cv-4745
55. *Orange Cnty. Coastkeeper v. San Bernardino Steel, Inc.*, No. 5:15-cv-1256
56. *Inland Empire Waterkeeper v. Alpha Materials, Inc.*, No. 8:15-cv-1876
57. *Inland Empire Waterkeeper v. Am. Arrow LLC*, No. 8:15-cv-1009
58. *Inland Empire Waterkeeper v. Mission Clay Prods. LLC*, No. 5:14-cv-1286
59. *Inland Empire Waterkeeper v. Forged Metals, Inc.*, No. 8:14-cv-1166
60. *Orange Cnty. Coastkeeper v. CR&R, Inc.*, No. 8:14-cv-1133
61. *Inland Empire Waterkeeper v. Maruhachi Ceramics of Am., Inc.*, No. 5:14-cv-1525
62. *Inland Empire Waterkeeper v. Mission Clay Prods. LLC*, No. 5:14-cv-1286
63. *Inland Empire Waterkeeper v. Burrtec Waste Grp., Inc.*, No. 5:14-cv-73
64. *Inland Empire Waterkeeper v. Burrtec Waste Grp., Inc.*, No. 5:14-cv-72
65. *Inland Empire Waterkeeper v. Burrtec Waste Grp., Inc.*, No. 5:14-cv-71
66. *Inland Empire Waterkeeper v. Burrtec Waste Grp., Inc.*, No. 5:14-cv-70
67. *Inland Empire Waterkeeper v. Burrtec Waste Grp., Inc.*, No. 5:14-cv-69
68. *Inland Empire Waterkeeper v. Union Pac. R.R. Co*., No. 8:13-cv-1003
69. *Orange Cnty. Coastkeeper v. Republic Servs., Inc.*, No. 8:13-cv-115
70. *Orange Cnty. Coastkeeper v. Republic Servs., Inc.*, No. 8:13-cv-113
71. *Orange Cnty. Coastkeeper v. Freeway Auto Wrecking, Inc.*, No. 8:11-cv-458
72. *Orange Cnty. Coastkeeper v. All Variety Metals, Inc.*, No. 8:11-cv-19
73. *Inland Empire Waterkeeper v. Ruby Metals, Inc.*, No. 2:09-cv-6558
74. *Inland Empire Waterkeeper v. Am. Metal Recycling*, No. 2:09-cv-6147
75. *Inland Empire Waterkeeper v. J Lee's Metals, Inc*., No. 5:09-cv-1549
76. *Orange Cnty. Coastkeeper v. DBW & Assocs., Inc.*, No. 8:09-cv-1063
77. *Orange Cnty. Coastkeeper v. Vi Cal Metals, Inc.*, No. 8:08-cv-739
78. *Orange Cnty. Coastkeeper v. Vista Metals Corp*., No. 5:07-cv-932

79. *Orange Cnty. Coastkeeper v. Vi Cal Metals, Inc.*, No. 8:07-cv-853
80. *Inland Empire Waterkeeper v. Tri Alloy Grp., LLC*, No. 5:07-cv-717
81. *Inland Empire Waterkeeper v. Uniweb, Inc.*, No. 5:07-cv-480
82. *Inland Empire Waterkeeper v. Food for Life Baking Co.*, No. 5:07-cv-479
83. *Inland Empire Waterkeeper v. Flavor Specialties, Inc.*, No. 5:07-cv-478
84. *Inland Empire Waterkeeper v. Nasco Gourmet Foods, Inc.*, No. 5:07-cv-477
85. *Inland Empire Waterkeeper v. Nature's Specialties*, No. 5:07-cv-476
86. *Inland Empire Waterkeeper v. Frontier Aluminum Corp.*, No. 5:07-cv-475
87. *Inland Empire Waterkeeper v. Corman Leigh Cmtys.*, No. 2:06-cv-1002
88. *Inland Empire Waterkeeper v. Corman Leigh Cmtys.*, No. 5:06-cv-609
89. *Inland Empire Waterkeeper v. Corman Leigh Cmtys.*, No. 5:06-cv-608
90. *Inland Empire Waterkeeper v. Sonrisa Builders, Inc.*, No. 5:06-cv-606
91. *Orange Cnty. Coastkeeper v. Pac. Rail Indus.*, No. 8:05-cv-490
92. *Orange Cnty. Coastkeeper v. Garden Grove City*, No. 8:05-cv-66
93. *Orange Cnty. Coastkeeper v. Woodbridge Dev., Inc.*, No. 8:03-cv-1436
94. *Orange Cnty. Coastkeeper v. Pulte Homes Corp.*, No. 8:03-cv-1220
95. *Orange Cnty. Coastkeeper v. Toll Bros., Inc.*, No. 8:02-cv-267
96. *Orange Cnty. Coastkeeper v. The Irvine Co.*, No. 8:00-cv-417