BRIAN NEACH, No. 242801
brianneachlaw@gmail.com
Law Offices of Brian Neach
10171 Peregrine Circle
Fountain Valley, California 92708
(714) 475-4550

DAMIEN M. SCHIFF, No. 235101
dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
(916) 419-7111

SEAN J. RADOMSKI*, Pa. Bar No. 319732
sradomski@pacificlegal.org
FRANK D. GARRISON*, Ind. Bar No. 34024-49
fgarrison@pacificlegal.org
MATTHEW B. GILLIAM*, W. Va. Bar No. 12255
mgilliam@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
(202) 888-6881

**Pro hac vice*

*Attorneys for Defendant Corona Clay Co.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER; ORANGE COUNTY COASTKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>CORONA CLAY CO.,<br><br>Defendant. | No. 8:18-cv-00333-DOC-DFM<br><br>**NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE**<br><br>Date: December 7, 2026<br>Time: 1:30 p.m.<br>Place: 10A, 10th Floor<br>Judge: Hon. David O. Carter<br>Action filed: 2/27/2018 |

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant Corona Clay Co., through counsel, respectfully files this Notice of Constitutional Challenge of Statute with the Court and the United States Attorney General. In support thereof, Defendant states as follows:

1. Defendant's Motion and Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings was filed with the Court on October 26, 2026.

2. The Motion was filed seeking judgment as to the remaining counts in Plaintiffs' First Amended Complaint.

3. Within the Motion for Judgment on the Pleadings and Memorandum in Support, Defendant challenges the constitutionality of federal statute 33 U.S.C. §1365, specifically the constitutionality of a citizen suit under the Clean Water Act under Article II of the U.S. Constitution. Defendant is challenging the statute because such suits constitute an exercise of the executive power, interfere with the President's ability to employ prosecutorial discretion, and violate the private non-delegation doctrine. Citizen suits under Section 1365 also violate the Appointments Clause.

4. Through this Notice, Defendant has complied with Rule 5.1(a)(1)(A)'s requirement that the United States Attorney General be notified that a federal statute is being challenged when neither the United States, nor its agencies, nor its officers or employees in an official capacity are party to the action.

5. In further compliance with Rule 5.1(a)(2), Defendant has served the United States Attorney General with a copy of this Notice via certified mail. *See* Exhibit A.

DATED: October 26, 2026.

Respectfully submitted,

BRIAN NEACH
DAMIEN M. SCHIFF
SEAN J. RADOMSKI*
FRANK D. GARRISON*
MATTHEW B. GILLIAM*

By /s/ Damien M Schiff
DAMIEN M. SCHIFF

*Attorneys for Defendant Corona Clay Co.*
**Pro hac vice*